*I, 2241 Application*

(75)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the

KHALEEL RAHMAN HAAMID

_____
Petitioner

v.

WARDEN, ERIC RARDIN

_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

)
)
)
)
)
)
)
)
)

Case:1:25-cv-12144
Judge: Ludington, Thomas L.
MJ: Patti, Anthony P.
Filed: 07-15-2025 At 10:38 AM
HC HAMMID V RARDIN (LG)

FILED

JUL 15 2025

CLERK'S OFFICE
DETROIT

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: **Khaleel Rahman Haamid**
    (b) Other names you have used: **N/A**
2.  Place of confinement:
    (a) Name of institution: **Federal Correctional Institution Milan,**
    (b) Address: **PO Box 1000 Milan, Michigan 48160**
    (c) Your identification number: **57952-039**
3.  Are you currently being held on orders by:
    ■ Federal authorities    ☐ State authorities    ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ■ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: **United States District Court for the Eastern District of Michigan**
    (b) Docket number of criminal case: **0645 2:19 CR 20769 (1)**
    (c) Date of sentencing: **05/21/2021**
    ☐ Being held on an immigration charge
    ■ Other *(explain):* **adjudged guilty for 40 grams or more of Fentanyl**

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ■ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
  maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

■ Other (explain):  The Bureau of Prisons (BOP) is refusing to
apply earned time credits to calculation of my sentence under
the First Step Act because of misinterpretation of the FSA provisions.

6.   Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Warden, Eric Rardin, FCI Milan
in Michigan, PO Box 9999, Milan, MI 48160

(b) Docket number, case number, or opinion number: Administrative Remedy BP-8

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
I am challenging the BOP's interpretation of the statute
under FSA denying me earned time credits towards the
computation of my sentence for a fentanyl conviction.

(d) Date of the decision or action:

### Your Earlier Challenges of the Decision or Action

7.   **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

■ Yes          ☐ No

(a) If "Yes," provide:

   (1) Name of the authority, agency, or court: R. Thompson, Warden, FCI
Allenwood, White Deer, PA 17887

   (2) Date of filing:

   (3) Docket number, case number, or opinion number: June 7, 2023

   (4) Result: Unfavorable Response

   (5) Date of result: 06/16/2023

   (6) Issues raised: Challenged the BOP's determination that
I am ineligible for FSA earned time credits
because of misinterpretation of FSA provisions.

(b) If you answered "No," explain why you did not appeal:

8.   **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ■ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court:  N/A

    (2)  Date of filing:  N/A

    (3)  Docket number, case number, or opinion number:  N/A

    (4)  Result:  N/A

    (5)  Date of result:  N/A

    (6)  Issues raised:  N/A

(b)  If you answered "No," explain why you did not file a second appeal: I did not appeal any further because My attempts to obtain forms from the Unit team was denied on multiple occassions.

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes       ☑ No

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court:  N/A

    (2)  Date of filing:  N/A

    (3)  Docket number, case number, or opinion number:  N/A

    (4)  Result:  N/A

    (5)  Date of result:  N/A

    (6)  Issues raised:  N/A

(b)  If you answered "No," explain why you did not file a third appeal: the BOP has predetermined that no matter will be acceptable as reason to apply earned time credit due to interpretation of provisions.

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes       ☑ No

If "Yes," answer the following:

(a)  Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes       ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: N/A

(2) Case number: N/A

(3) Date of filing: N/A

(4) Result: N/A

(5) Date of result: N/A

(6) Issues raised: N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ■ No

If "Yes," provide:

(1) Name of court: N/A

(2) Case number: N/A

(3) Date of filing: N/A

(4) Result: N/A

(5) Date of result: N/A

(6) Issues raised: N/A

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A Federal law precludes attacking the execution of my sentence and the manner by which it is being carried out. This issue must be adjudicated through 28 U.S.C. 2241.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ■ No

If "Yes," provide:

(a) Date you were taken into immigration custody: N/A

(b) Date of the removal or reinstatement order: N/A

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1)  Date of filing:      N/A
(2)  Case number:      N/A
(3)  Result:              N/A
(4)  Date of result:    N/A
(5)  Issues raised:     N/A

(d)      Did you appeal the decision to the United States Court of Appeals?
☐ Yes                    ☑ No
If "Yes," provide:
(1)  Name of court:     N/A
(2)  Date of filing:      N/A
(3)  Case number:      N/A
(4)  Result:              N/A
(5)  Date of result:    N/A
(6)  Issues raised:     N/A

12.      **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes                    ☑ No
If "Yes," provide:
(a)  Kind of petition, motion, or application:      N/A
(b)  Name of the authority, agency, or court:      N/A
(c)  Date of filing:      N/A
(d)  Docket number, case number, or opinion number:      N/A
(e)  Result:      N/A
(f)  Date of result:      N/A
(g)  Issues raised:      N/A

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The Bureau of Prisons failed to properly apply earned time credits under the First Step Act of 2018.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The BOP cannot, through administrative rule, categorically deny all eligibility status for successfully completing qualifying programming in correctional institutions where the issue is one of statutory interpretation.

(b) Did you present Ground One in all appeals that were available to you?
■ Yes            ☐ No

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes            ■ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes            ■ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ■ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did
not: N/A

**Request for Relief**

15. State exactly what you want the court to do: (1.) Issue a Writ of habeas Corpus
under 28 USC § 2241; (2.) order The BOP to immediately
calculate and apply petitioners earned time credits;
(3) Order that the petitioner be promptly considered for pre-
release Custody under The Second Chance Act; (4) grant such
other relief as this Honorable Court deems just and proper.

II.

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| KHALEEL RAHMAN HAAMID | ) | |
| Petitioner, | ) | Case No. :0645 2:19CR20769 (1) |
| v. | ) | |
| WARDEN, ERIC RARDIN | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS PURSUANT TO 28 U.S.C. |
| Respondent. | ) | §2241 |
| | ) | |

NOW, COMES, Khaleel Rahman Haamid, the Petitioner, pro se, and respectfully submits this petition for writ of habeas corpus pursuant to 28 U.S.C § 2241, requesting the court to order the Bureau of Prisons (BOP)to properly apply Earned Time Credits under the First Step(FSA) of 2018 and the Second Chance Act(SCA) of 2007, and in support thereof states as follows:

I. JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 UI.S.C § 2241 because Petitioner is in custody under the authority of the United States and seek's relief affecting the execution of his sentence.

2. Venue is proper in this district because petitioner is incarcerated at Federal Correctional Institutioin Milan, located within the Eastern District of Michigan.

FILED
JUL 15 2025
CLERK'S OFFICE
DETROIT

II. PARTIES

1. Petitioner is currently in the custodyof the BOP at Federal Correctional Institution Milan (FCI Milan), BOP Register Number 57952-039.

2. Respondent is the Warden of FCI Milan, and is the immediate custodian with authority over petitioner.

III. BACKGROUND

  1. Petitioner's sentance began on May 21, 2021 in the Eastern District of Michigan, Southern Division, and is currently serving a sentence of 84 months and 4 years Supervised Release.

  2. The First Step Act of 2018, Pub. L. No. 115-391, allows eligible inmates to earn time credits for application in Evidence-Based Recidivism Reduction (EBRRs) programs and Productive Activities (PAs) under 18 U.S.C. § 3632(d)(4)(A).

  3. The Second Chance Act of 2007, Pub. L. No. 110-199, codified in part at 18. U.S.C. § 3624(a), authorizes eligible federal inmates to spend a portion of there final 12 months of their sentence in Pre-Release Custody (e.g. RRC or Home Confinement).

IV. ARGUMENT

  A. THE BUREAU OF PRISONS HAS FAILED TO PROPERLY APPLY EARNED FSA TIME CREDITS

  1. Under 18 U.S.C. § 3632(d)(4)(c), eligible inmates who successfully complete EBRR programs and PAs are entitled to apply earned time credits toward pre-release custody or supervised release.

  2. The BOP has failed to properly apply Petitioner's earned time credits as mandated under the statue and supported by case law. See Goodman v. Sage, 2022 WL 18025677, at *3 (E.D. Ky. Dec. 30, 2022); O'Bryan v. Cox, No. 23-5253, 2024 WL 776573 (6th cir. Feb. 26, 2024) (holding that §2241 is an appropriate vehicle to challange his misapplication of FSA credits).

  3. Petitioner has actively participated in and completed qualifying

programs but has not received the corresponding time credits.

B. THE BOP's INTERPRETATION IS CONTRARY TO LEGISLATIVE INTENT AND
JUDICIAL PRECEDENT

1. Courts in the Sixth Circuit have recognized that the BOP's
delayed or improper application of time credits violates both statutory
language and congressional intent. See Bennett v. Snyder-Norris,
2022 Wl 16856103 (E.D Ky. Nov. 10 2022); Jones v. Ziegler,
No. 5:22-cr-00165, 2022 WL 1785661 (E.D Ky.Dec. 22, 2022).

2. Petitioner respectfully asserts that the BOP's failure to
account for earned time credits results in a longer incareration
period than authorized by law.

C., SECOND CHANCE ACT RELIEF IS LIKEWISE BEING IMPROPERLY WITHHELD

Petitioner qaulifies for consideration for release to an
RRC or home confinement under 18 U.S.C. § 3624    and 36 U.S.C.
§ 60541(g). The BOP's failure to excercise its discretion consistent
with the SCA's mandates further exacerbates the harm.

V. RELIEF

WHEREFORE, Petitioner respectfully prays that this court:

1. Issue a writ of habeas corpus under 28 U.S.C. § 2241;

2. Order the Bureau of prisons to immediatley calculate and  apply
petitioner's earned FSA time credits;

3. Order that the Petitioner be promply considered for  pre-release
custody under SCA;

4. Grant such other relief as this Court deems just and proper.

Respectfully Submitted KKfl
July 3. 2025

PAGE 1 of 12

III. MEMORANDUM

TO: UNITED STATES DISTRICT COURT
    FOR THE EASTERN DISTRICT OF MICHIGAN
    OFFICE OF THE CLERK
    THEODORE LEVIN UNITED STATES COURTHOUSE


FROM: KHALEEL RAHMAN HAAMID
      REG. NO.: 57952-039
      FEDERAL CORRECTIONAL INSTITUTION MILAN
      PO BOX 1000
      MILAN, MICHIGAN 48160

DATE: July 2nd 2025

RE: PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO
    28 U.S.C.§2241: CASE NO.: 2:19CR20769


ISSUE:

Did the Bureau of Prisons (BOP) err in determining Khaleel Rahman
Haamid's fentanyl conviction is excluded from the First Step Act
(FSA) time credit participation?


CONCLUSION:

Yes, the BOP has failed to properly apply Khaleel Rahman Haamid's
earned FSA time credits towards his sentence computation.

FACTS:

On May 21, 2021, KHALEEL RAHMAN HAAMID, petitioner, was
adjusted guilty for 40 grams or more of fentanyl under
21 U.S.C. 841. (See 1st Exhibit)

Petitioner was sentanced in the United States District
Court, Eastern District of Michigan, under case number
0645 2:19CR20769(1), To 84 months imprisonment, followed
by 4 years of supervised release. Pititioner did not
appeal the conviction. (See 2nd Exhibit)

On May 21, 2021, petitioner entered the custody of the Bureau
Of Prisons (BOP) and began earning time credits under the
First Step Act (FSA). (See 2nd Exhibit)

Petitioner received FSA needs Reassessment documentation on
March 9th, 2025, reflecting the BOP's recommendation for
program participation to be completed. (See 3rd and 4th Exhibits)

Petitioner received sentence monitoring computation data from
his Unit Team on April 2nd, 2025 specifying a determined offense
code, of 380 Schedule I Narcotic, categorizing and confirming
his FSA earned time credit status as "ELIGIBLE" (See 5th Exhibit)

Petitioner maintained continued successful program participation
as recommended, satisfying SPARC 13 and other FSA NEEDS
Assessments, and Assignment goals set forth by BOP Administrative
Staff Members. (See 6th, 7th, 8th,9th,10th, 11th, and 12th Exhibits)

Petitioner received FSA Recidivism Risk Assessment (PATTERN 01.02.01)
reflecting two consecutive minimum recidivism rankings in support
of FSA FTC application of eligibility status towards his sentence

Computation. (See 14th, 15th, and 16th Exhibits)

Petitioner received Inmate History Work Detail documtation
reflecting all institational jod assignments and an Inmate
Drivers Permit from the U.S. Department of Justice Federal
Bureau of Prisons. ( See 18th and 19th Exhibits)

Petitioner received Sentence Moritoring Computation Data from
his Unit Team 04-02-2025 reflecting FSA Home Detention Eligibilty
Date as March 14, 2026. (See 5th EXhibit)

Petitioner received FSA Time Credit Assessment documentation
from his Unit Team on 03-13-2025, reflecting all granted FSA
Federal Time Credits (FTCs) Accured Programming Days and FTC
towards release including FSA Conditional Transition to Community
Date 10-24-2024, FSA Conditional Placement Date 10-24-2025, SCA
Conditional Placement Date 09-14-2025. (See 13th Exhibit)

On June 28, 2025, petitioner received Sentence Moritoring
Computation Data reflecting that FSA FTC Status was changed to
"INELIGIBLE". (See 2nd and 14th Exhibits)

The BOP Online Inmate Locator indicated petitioner Projected
Release Date is now September 14, 2027, based on Good Conduct
Time only.

On or about April 13, 2023 and May 30, 2023 petitioner filed
Administrative Remedy Forms BP-8s in an attempt to informally
resolve the FSA FTC eligibility issue and did not receive a
favorable response. (See 20th Exhibit)

On or about May 17, through June of 2023 petitioner attempted
to file a BP-9 Administraative Remedy in an attempt to formally
resolve The FSA FTC eligibility issue more than 4 times before
finally receiving unfavorable response. (See 20th, 21st, 22nd,
23rd, 24th, 25th, and 26th Exhibits)

DISCUSSION:                                     PAGE 4 of 12

Petitioner has a vaild cause of action for obtaining the
application of FSA FTC to his sentence compuation.

I. STANDARDS OF REVIEW JURISDICTION AND VENUE

As a pro-se litigant, petitioner,s pleadings are accorded
liberal construction and held to aless stringent standard
than formal pleadings drafted by attorneys, See Erickson v.
Pardus, 551 U.S. 89, 93-94, 127 S. CT. 2197, 167 L. Ed. 2d
1081 (2007). Generally, motions to contest the legality of
a sentence must be filed under §2255 in the sentencing court,
while petitions that challenge the manner, location, or
conditions of a sentence's execution must be brought pursuant
to §2241 in the custodial court. " Hernandez v. Campbell, 204
F.3d 861,864 (9th Cir. 2000). A prisoner may challenge
computation of his sentence or seek judicial review of any
jail-time determination through a section 2241 petition. See
Nettles v. Grounds, 830 F.3d 922,927 (9th Cir. 2016) (en banc)
(cleaned up). (" Challenges to the validity of any confinement
or to particulars affecting its duration are the province of
habeas corpus...") The petitioner baears the burden of proving
that he is being held contrary to federal law by a perponderance
of the evidence. See Lamber v. Blodgett, 393 F3d. 943,969 n.16
(9th Cir. 2004).

A petitioner may seek habeas relief under 28 U.S.C.§2241(c)(3)
if he is " in custody in violation of the Constitution or laws
or treaties of the United States." A prisoner bringing a §2241
petition is limted to attacking "the manner in which a sentence
is carried out or the prison authorities" determination of its
duration, and must be filed in the same district where the
prisoner is incarcerated." Pack v. Yusuff, 218 F3d. 448,451
(5th Cir. 2000).

In exercising its habeas jurisdiction, this court may consider

claims asserting tha the BOP has unlawfully delayed a person's
transfer to a community-based custodial setting. See Muniz v.
Sabol, 517 F3d, 29,33-34 (1st Cir. 2008); see also Francis v.
Maloney, 798 F3d. 33,36 (1st Cir. 2015) (prisoners may invoke
§2241 " to challenge placement (or lack thereof) in a community
confinement center" (citing cases). The petitioner bears the burden
of proving that his continuing detention violates his federal rights.
See Espinoza v. Sabol 558 F3d. 83,89 (1st Cir. 2009).

28 U.S.C.§2241 creates a mechanism by which a federal prosoner
may challenge his or her detention. A petitioner fo writ of habeas
corpus pursuant to §2241 is intended to address the execution of a
sentence and is to be filed in the district where the prisoner is
incarcerated. Examples of an appropriate use of §2241 include "
actions challenging the computation of parole, computation of
good time or jail credits, prison disciplinary actions, or
imprisonment allegedly beyond the expiration of a sentence. "
Anderson v. Pettiford, 2007 U.S. Dist. LEXIS 102597, 2007 WL
1577676 (D. S.C. May 31, 2007) (Currie, J.) internal citations
omitted)

See generally Chevron, U.S.A., Inc. v. Nat. Res. Def. Council,
Inc., 467 U.S. 837 (1984), 104 S. Ct. 2778, 81 L.Ed. 2d 694,
overruled by Loper, 144 S.Ct. at 2273. Chevron established a
 two-part framework for when a court reviews an agency's
constuction of a statute that the agency administers. If a
statute is clear, " that is the end of the matter;" the court
and agency " must give effect to the unambiguously expressed
intent of Congress." Chevron, 467 U.S. at 842-43. Where a statute
is silent or ambiguous on a specific issue, however, Chevron
required courts to show deference to an agency's interpretation--
the questio for the court was " whether the agency's anwser is
based on a permissible construction of the statute." Id. at 843.

In Loper, the Supreme Court explained that, under the Administrative Procedures Act ("APA"), it is the court's responsibility " to decide whether the law means what the agency says." Loper, 144 S. Ct. at 2261. " when the best reading of a statute is that it delegates discretionary authority to an ageency, the role of the reviewing court" is " to independently interpret the statute and effectuate the will of Congress subject to constitutional limts." Id. at 2263.

"although the district court does not have a subject matter jurisdiction to review individualized, discretionary determinations made by the [Bureau]. Judicial review is available for allegations that [Bureau] action is contrary to established federal law, violates the United States Constitution, or exceeds the [ Bureau's] statutory authority. " Chatmon v. Fed. Bureau of Prisons, No. CV-20-02291-PHX-RRC (CDB), 2021 WL 114221799, at*5 (D. Ariz. Apr. 7, 2021), report and recommendation adopted, No. CV-20-02291-PHX-RRC, 2021 WL 2533469 (D. Ariz. June 21, 2021) (citing Close v. Thomas, 636 F.3d 970,973-74(9th Cir. 2011); Reeb v. Thomas, 636 F.3d 1224-1228 (9th Cir. 2010). See also Davenport, 2023 WL 9686338, at *4 n.6 ( recognizing the district court's jurisdiction in §2241 proceedings to decide whether Bureau's actions comported with established federal law, The United States  Constitution, or wihin its statutory authority and rejecting the respondent's argument that the Administrative Procedures Act and the district court's lack of authority to review Bureau discreetionary decisions undermined the district court's §2241 jurisdiction); Barnes v. Smith, No. CV-11-02413-PHX-DGC, 2012 WL 2590494, at *3 ( D. Ariz. July 3, 2012) (recognizing that judicial review remains available for all allegations that  Bureau action is contrary to established federal law, violates the United States Constitution, or exceeds its statutory authority). The petitioner here is brought under 28 U.S.C.§2241 and sufficiently alleges that the Bureau's action is contrary to federal law.

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

"In order to seeK habeas releif under 28 U.S.C §2241... a
petitioner must first, as prudential matter, exhust his or
her available administrative remedies. "Singh v. Napolitane,
649 F 3d 899,900 (9th Cir. 2010) (per curiam) Requiring a
petitionwer to exhaust administrative remedies aids" judical
review by allowing the appropriate developmentof a factual record
in an expert forum. "Ruvinatt v. Smith, 701 F . 2d 844
(9th Cir. 1983). Use of available administrative remedies
conserves "the court's time because of the possibility
that the releif applied for may be granted at the administrative
level. "moreover, it allows" the administrative agency an oppur-
tunity to correct errors occuring in the course of administrative
proceedings. Id: United Farm WorKers v. Arizona Agric. Employ
relations bd., 669 F. 2d. 1249, 1253 (9th Cir. 1982). The Bureau
of Prisons (BOP) has a fourth-tiered administrative Remedy Program
for inmate grievances. see C.F.R. Section 542.10. The First Step
is informal resolution with prison staff: this step is not
tracKed through the BOP's national data base, SENTRY. The second
step is filing a formal Request for administrative Remedy (also
Known as BP-9) at the inmate's institution. The third step occurs
if the inmate is not satisfied with the response to his BP-9.
The regulation provides that, within 20 calander days of the date
the warden signs the BP-9 response, the inmate may then appeal
the complaint to the regional director, by filing a Regional
Office administrative Remedy Appeal (also Known as a BP-10).

(citing 28 C.F.R. section 542.15 (a). Finally, the fourth step occurs if an inmate is not satisfied with the Regional Director's response, in which case he may appeal to the Director of National Inmate Appeals byy filing a Central Office Administrative Remedy Appeal (also known as BP-11. All but the first step is tracked in SENTRY. A remedy request or appeal may be rejected at any level. To properly and timely seek review at all four levels. (citing 28 C.F.R. section 542.15(b)(2) ).

Courts have also excused exhaustion for futility where the BOP has officially predetermined an issue and/or where resolution if a claim can be accomplished based solely on statutory interpretation. See Colman v. U.S. Parole Comm'n, 644 F. App'x 159,162 (3d Cir. 2016) (" Thus, we have determined that the exhaustion is not required with regard to claims which turn only on statutory construction. This is especially so whereit is unlikely the agency will change its position, or where the claims turn on broader questions of legal interpreation." (internal citation omitted); Jones v. Engleman, No. 22-05292, 2022 U.S. Dist. LEXIS 185635, 2022 WL 6563744, at *6 (C.D. Cal. Sept. 7, 2022) " This case involves only a statutory interoreation issued divorced from any particular facts relating to Petitioner, not the resolution of any fact unique to him. There is no need to develop the record through administrative proceedings, because this statutory interpretation can be resolved without doing so. Moreover, the BOP's position on the question at hand is clear.") report and recommendation adopted in part sub norm, 2022 U.S. Dist. LEXIS 185029, 2022 WL 6445565 (C.D. Cal. Oct. 7, 2022); Wright v. United States, No. 19-05254,2019 U.S. Dist.LEXIS 111793, 2019 WL 2746630, at *7 (W.D. Wash. June 5, 2019) (" to the extent the BOP

has predetermined the issue, and made calculation of good
time credits under the amended statute will be denied, there
is no available administrative remdey. Under these circumstances,
it would be futile for the petitioner to attempt to exhaust
his administrative remedies."); Aguilar v.United States,
No.15-00487, 2015 U.S.Dist. LEXIS 130768, 2015 WL 5719166,
at *3 (D. Minn. Sept. 29, 2015) (concluding exhaustion futile
where" the facts of this case are undisputed, and the issue
is one of statutory interpreation, which is unaffected by any
technical matter uniquely within the BOP's area of expertise
or by the facts of the case" and "the institutional interests
protected by the exhaustion requirement carry little or no
weight").

Herein, the petitioner is seeking to proceed as a pro se
litigant respectfully requesting a writ of habeas corpus
for the purpose of attacjting the manner in which the sentence
is being carried out and the prison authorities dertermation
of its duration.

The petitioner is asserting that the BOP has unlawfully
delayed his transfer to a community-based custodial setting
by failing to properly apply earned FSA time credits toward
pre-release custody or supervised released.

Since ther is no question whether the facts about what the
petitioner had done were true only regarding the BOP's
interpreation of the statute pertaining to that particular
set of circumstances, all administrative remdies have been
exhausted.

Under the FSA, the Attorney General was charged with development
and release of Risk and Needs Assessment System ("the System")
within 120 days of December 21, 2018, the date on which the
FSA was enacted. See 18 U.S.C.§3632. The system is to be used
for: (1) dtermining an inmate's recidivism risj; (2) assessing
an inmate's risj of violent or serious misconduct, (3)

determining the type and amount of evidence-based recidivism
risk; (4) reassigning an inmate to appropiate EBRR's and
productive activities ("PA"); and (5) determining when to
provide incentives and rewards for successful participation
in EBRR'S and PA's; and (6) determining when the inmate is
ready to transfer to pre-release custody or supervised release.
See Id§3632(a). Moreover, the System provides guidance on the
"type, amount, and intensity of EBRR programs and PA's to be
assigned to each inmate based on the inmate's specific
criminogenic needs. " Kurti v. White, No.1:19 -cv- 2019, 2020
U.S. Dist. LEXIS 74981, 2020 WL 2063871, at *4 (M. D. Pa.
Apr. 29, 2020) (citing 18 U.S.C.§3632(b).

In the First Step Act, as part of its prison and sentencing
reforms, established incentives for federal inmates to
participate in rehabilitation programming. Eligible inmates
who sucessfully complete evidence-based recidivism reduction
programming (EBRRs) or productive activities (PAs) " shall
earn 10 days of time credit for every 30 days of sucessful
participation." 18 U.S.C.§3632(d)(4)(A)(i). An inmate
determined " to be at a minium or low risk for recidivating,
who, over 2 consecutive assessments, has not increased their
risk of recidivism, shall earn an additional 5 days of time
credits for every 30 days of successful participation. " 18
U.S.C§3632(d)(4)(A)(ii).

The information presented in these BOP documents does set forth
the àactual understanding and agreement of both the BOP and
petitioner regarding terms of conditional release to prerelease
custody based on his FSA FTC's earned and applied to the
computation of his sentence, to be executed as of

Petitioner has upheld his part of the agreement by successfully
participating and completing FSA programing and the BOP has not
fullfilled its part as required by the provisions of the Statute
thus creating a liberty interest. The petitioners grounds for
relief include that if the BOP applied the FSA FTC's he has
earned to his Sentence Computation for secessful participation
and completion of qualified programming, he can be released
(because he is entitled to release if he was given credit for
for his FSA FTC's)

Petitioner asserts the BOP improperly determined that he is
not  eligible for FSA FTC's because he is convicted of an offense
offense involving 40 grams or more of fentanyl. Petitioner
correctly contends that although the FSA states that a person
is not eligible to apply credits if they are  serving a
sentence under subparagraphs (A)(vi) or (B)(vi) of section
401 (b) (1) of the Controlled Substances Act, See 18
U.S.C.§3632(d)(4)(lxvi)- both of which trigger mandatory
minimum sentences- there is no relevant statutory provision
regrading fentanyl offenses.

Petitioner correctly maintains that the BOP must apply FSA
FTC's to eligible people who have earned credits and cannot
categorically make prisoners ineligible for such credits in a
manner that contravenes tha statutory scheme set forth in
18 U.S.C.§3632. See Sierra v. Jacquez, No. C22-1509-RSL-BAT,
2022 U.S. Dist. LEXIS 234525, 2022 WL 18046701, at *4 (W.D.
Wash. December 27, 2022), report and recommendation adopted,
No. C22-1509-RSL, 2023 U.S.Dist. LEXIS 6938, 2023 WL 184225
(W.D. Wash. January 13, 2023).

Petitioner further contends that the BOP cannot, through
administrative rule, categorically deny petitioner's eligibility
status for successfully completing qualifying programming in
BOP institutions. Petitioner asserts the BOP applied its
regulations in a manner that violates his 1st, 5th, 6th, 8th,
13th, and 14th amendment rights, conflicting with the FSA's
statutory eligibility prvisions.

Petitioner seeks an injective order from the court directing
the BOP to properly deem him eligible to earn FSA FTC's, apply
the credits in accordance with the decision, recalculate his
sentence computation , and file a new declaration supporting
the calculation back to the court. The petitioners grounds for
relief is that if the BOP applied the FSA FTC's he has earned
to his sentence computation, he can be released (because he
is entitled to release if he were given credit for his FSA FTC'S),
Petitioner has a liberty interest which makes this case a priority
to fairly be considered by this Honorable Court.

Petitioner has a valid cause of action for relief regarding the
application of his FSA FTC's to the computation of his sentence.
His drug offenses do not preclude him from eligibility. He has
successfully continued to meet all BOP programming Needs and
Assessment requirements and the Agency was applying those credits
at this facility. Since the statutory provision eligibility
requirements have been met by the facts of his case, this court
may provide injunctive relief on petitioners behalf.

1ST EXHIBIT

# UNITED STATES DISTRICT COURT
### Eastern District of Michigan

| | |
|---|---|
| UNITED STATES OF AMERICA | § JUDGMENT IN A CRIMINAL CASE |
| | § |
| v. | § |
| | § Case Number: 0645 2:19CR20769 (1) |
| KHALEEL RAHMAN HAAMID | § USM Number: 57952-039 |
| | § **Stephon E. Johnson** |
| | § Defendant's Attorney |

## THE DEFENDANT:

| | | |
|---|---|---|
| ☒ | pleaded guilty to count(s) | 1 (Superseding Information) |
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court | |
| ☐ | was found guilty on count(s) after a plea of not guilty | |

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi), Possession with the Intent to Distribute a Controlled Substance (40 grams or more of Fentanyl) | 3/11/2019 | 1s |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) 1 through 3 (Superseding Indictment) dismissed on the motion of the United States

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/21/2021
_____
Date of Imposition of Judgment

s/Paul D. Borman
_____
Signature of Judge

**The Honorable Paul D. Borman**
**United States District Judge**
_____
Name and Title of Judge

5/24/2021
_____
Date

03/20/2023

AO 245B (Rev. 09/18) Judgment in a Criminal Case

Judgment -- Page 2 of 8

DEFENDANT: Khaleel Rahman Haamid
CASE NUMBER: 0645 2:19CR20769 (1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**84 months.**

**The Court waives the costs of incarceration.**

☒ The court makes the following recommendations to the Bureau of Prisons: Placement into an institution with a comprehensive drug treatment program such as RDAP, if deemed eligible. If deemed ineligible, participation in a suitable drug treatment program.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at         ☐ a.m.     ☐ p.m.     on

    ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on

    ☒ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

    Defendant delivered on  to

at, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

03/20/2023

AO 245B (Rev. 09/18) Judgment in a Criminal Case

Judgment -- Page 3 of 8

DEFENDANT:        Khaleel Rahman Haamid
CASE NUMBER:      0645 2:19CR20769 (1)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

**4 years.**

**The Court waives the costs of supervision.**

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)
4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (*check if applicable*)
5.  ☒ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)
7.  ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

03/20/2023

AO 245B (Rev. 09/18) Judgment in a Criminal Case                                          Judgment -- Page 4 of 8

DEFENDANT:        Khaleel Rahman Haamid
CASE NUMBER:      0645 2:19CR20769 (1)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at the www.uscourts.gov.

Defendant's Signature _____        Date _____

03/20/2023

AO 245B (Rev. 09/18) Judgment in a Criminal Case

DEFENDANT:     Khaleel Rahman Haamid
CASE NUMBER:   0645 2:19CR20769 (1)

## SPECIAL CONDITIONS OF SUPERVISION

1. You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under his control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.

AO 245B (Rev. 09/18) Judgment in a Criminal Case

Judgment -- Page 6 of 8

DEFENDANT:   Khaleel Rahman Haamid
CASE NUMBER:   0645 2:19CR20769 (1)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $100.00 | Not Applicable | None | None |

☐ The determination of restitution is deferred until  An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

  If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

03/20/2023

AO 245B (Rev. 09/18) Judgment in a Criminal Case

Judgment -- Page 7 of 8

DEFENDANT:          Khaleel Rahman Haamid
CASE NUMBER:     0645 2:19CR20769 (1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☒  Lump sum payments of $100 (special assessment) due immediately, balance due

    ☐  not later than                   , or

    ☐  in accordance   ☐  C,   ☐  D,   ☐  E, or   ☐  F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐  C,   ☐  D, or   ☐  F below); or

C  ☐  Payment in equal *(e.g., weekly, monthly, quarterly)* installments of $ over a period of
    *(e.g., months or years)*, to commence *(e.g., 30 or 60 days)* after the date of this judgment; or

D  ☐  Payment in equal *(e.g., weekly, monthly, quarterly)* installments of $ over a period of
    *(e.g., months or years)*, to commence *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within *(e.g., 30 or 60 days)* after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time;
    or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several
    Restitution is joint and several with the following co-defendants and/or related cases, in the amount specified below:

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    ☐ Defendant shall receive credit on «dft_his_her» restitution obligation for recovery from other defendants who contributed to the same loss that gave rise to defendant's restitution obligation.
☐  The defendant shall pay the cost of prosecution.
☐  The defendant shall pay the following court cost(s):
☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) JVTA Assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

AO 245B (Rev. 09/18) Judgment in a Criminal Case

Judgment -- Page 8 of 8

DEFENDANT:     Khaleel Rahman Haamid
CASE NUMBER:    0645 2:19CR20769 (1)

## ADDITIONAL FORFEITED PROPERTY

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(C), the defendant shall forfeit the defendant's interest in the following property to the United States: one Ruger P345 Handgun and one DPMS Panther Arms Cal. Multi Model A-15 Rifle.

03/20/2023

AO 245B (Rev. 07/16) Judgment in a Criminal Case
 Attachment – Statement of Reasons

DEFENDANT:       Khaleel Rahman Haamid
CASE NUMBER:    0645 2:19CR20769
DISTRICT:          Eastern District of Michigan

## STATEMENT OF REASONS
### (Not for Public Disclosure)
*Sections I, II, III, IV, and VII of the Statement of Reasons form must be completed in all felony and Class A misdemeanor cases.*

### I.   COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT

A. ☒  **The court adopts the presentence investigation report without change.**

B. ☐  **The court adopts the presentence investigation report with the following changes:** (*Use Section VIII if necessary*)
(*Check all that apply and specify court determination, findings, or comments, referencing paragraph numbers in the presentence report*)

1. ☐  **Chapter Two of the United States Sentencing Commission Guidelines Manual** determinations by court (*briefly summarize the changes, including changes to base offense level, or specific offense characteristics*):

2. ☐  **Chapter Three of the United States Sentencing Commission Guidelines Manual** determinations by court (*briefly summarize the changes, including changes to victim-related adjustments, role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility*):

3. ☐  **Chapter Four of the United States Sentencing Commission Guidelines Manual** determinations by court (*briefly summarize the changes, including changes to criminal history category or scores, career offender status, or criminal livelihood determinations*):

4. ☐  **Additional Comments or Findings** (*include comments or factual findings concerning any information in the presentence report, including information that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions; any other rulings on disputed portions of the presentence investigation report; identification of those portions of the report in dispute but for which a court determination is unnecessary because the matter will not affect sentencing or the court will not consider it*):

C. ☐  **The record establishes no need for a presentence investigation report pursuant to Fed.R.Crim.P. 32.**
Applicable Sentencing Guideline (*if more than one guideline applies, list the guideline producing the highest offense level*): _____

### II   COURT FINDINGS ON MANDATORY MINIMUM SENTENCE (*Check all that apply.*)

A. ☒  One or more counts of conviction carry a mandatory minimum term of imprisonment and the sentence imposed is at or above the applicable mandatory minimum term.

B. ☐  One or more counts of conviction carry a mandatory minimum term of imprisonment, but the sentence imposed is below the mandatory minimum term because the court has determined that the mandatory minimum term does not apply based on:

     ☐  findings of fact in this case (Specify): _____

     ☐  substantial assistance (18 U.S.C. § 3553(e))
     ☐  the statutory safety valve (18 U.S.C. § 3553(f))

C. ☐  No count of conviction carries a mandatory minimum sentence.

### III.   COURT DETERMINATION OF GUIDELINE RANGE (*BEFORE DEPARTURES OR VARIANCES*):

Total Offense Level:                                31
Criminal History Category:                   I
Guideline Range (*after application of §5G1.1 and §5G1.2*):    108 months – 135 months
Supervised Release Range:                2 – 5 years
Fine Range:                                      $35,000.00 – $5,000,000.00

☒  Fine waived or below the guideline range because of inability to pay.

03/20/2023

AO 245B (Rev. 07/16) Judgment in a Criminal Case
Attachment – Statement of Reasons

Not for Public Disclosure

DEFENDANT:           Khaleel Rahman Haamid
CASE NUMBER:         0645 2:19CR20769
DISTRICT:            Eastern District of Michigan

## STATEMENT OF REASONS

**IV.   GUIDELINE SENTENCING DETERMINATION** *(Check all that apply)*

- A.  ☐  The sentence is within the guideline range and the difference between the maximum and minimum of the guideline range does not exceed 24 months.
- B.  ☐  The sentence is within the guideline range and the difference between the maximum and minimum of the guideline range exceeds 24 months, and the specific sentence is imposed for these reasons: _____. *(Use Section VIII if necessary)*
- C.  ☐  The court departs from the guideline range for one or more reasons provided in the Guidelines Manual. *(Also complete Section V)*
- D.  ☒  The court imposed a sentence otherwise outside the sentencing guideline system (*i.e.*, a variance). *(Also complete Section VI)*

**V.   DEPARTURES PURSUANT TO THE GUIDELINES MANUAL** *(If applicable)*

- A.  **The sentence imposed departs** *(Check only one)*:
  - ☐ above the guideline range
  - ☐ below the guideline range

- B.  **Motion for departure before the court pursuant to** *(Check all that apply and specify reason(s) in sections C and D)*:
  - 1.  **Plea Agreement**
    - ☐  binding plea agreement for departure accepted by the court
    - ☐  plea agreement for departure, which the court finds to be reasonable
    - ☐  plea agreement that states that the government will not oppose a defense departure motion
  - 2.  **Motion Not Addressed in a Plea Agreement**
    - ☐  government motion for departure
    - ☐  defense motion for departure to which the government did not object
    - ☐  defense motion for departure to which the government objected
    - ☐  joint motion by both parties
  - 3.  **Other**
    - ☐  Other than a plea agreement or motion by the parties for departure

- C.  **Reasons for departure** *(Check all that apply)*:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | 4A1.3 | Criminal History Inadequacy | ☐ | 5K2.1 | Death | ☐ | 5K2.12 | Coercion and Duress |
| ☐ | 5H1.1 | Age | ☐ | 5K2.2 | Physical Injury | ☐ | 5K2.13 | Diminished Capacity |
| ☐ | 5H1.2 | Education and Vocational Skills | ☐ | 5K2.3 | Extreme Psychological Injury | ☐ | 5K2.14 | Public Welfare |
| ☐ | 5H1.3 | Mental and Emotional Condition | ☐ | 5K2.4 | Abduction or Unlawful Restraint | ☐ | 5K2.16 | Voluntary Disclosure of Offense |
| ☐ | 5H1.4 | Physical Condition | ☐ | 5K2.5 | Property Damage or Loss | ☐ | 5K2.17 | High-Capacity Semiautomatic Weapon |
| ☐ | 5H1.5 | Employment Record | ☐ | 5K2.6 | Weapon | ☐ | 5K2.18 | Violent Street Gang |
| ☐ | 5H1.6 | Family Ties and Responsibilities | ☐ | 5K2.7 | Disruption of Government Function | ☐ | 5K2.20 | Aberrant Behavior |
| ☐ | 5H1.11 | Military Service | ☐ | 5K2.8 | Extreme Conduct | ☐ | 5K2.21 | Dismissed and Uncharged Conduct |
| ☐ | 5H1.11 | Charitable Service/Good Works | ☐ | 5K2.9 | Criminal Purpose | ☐ | 5K2.22 | Sex Offender Characteristics |
| ☐ | 5K1.1 | Substantial Assistance | ☐ | 5K2.10 | Victim's Conduct | ☐ | 5K2.23 | Discharged Terms of Imprisonment |
| ☐ | 5K2.0 | Aggravating/Mitigating Circumstances | ☐ | 5K2.11 | Lesser Harm | ☐ | 5K2.24 | Unauthorized Insignia |
| | | | | | | ☐ | 5K3.1 | Early Disposition Program (EDP) |

☐  Other Guideline Reason(s) for Departure, to include departures pursuant to the commentary in the Guidelines Manual (*see* "List of Departure Provisions" following the Index in the Guidelines Manual). *(Please specify)*: _____

- D.  ☐        **State the basis for the departure.**  *(Use Section VIII if necessary)*

AO 245B (Rev. 07/16) Judgment in a Criminal Case
Attachment – Statement of Reasons

Not for Public Disclosure

DEFENDANT:        Khaleel Rahman Haamid
CASE NUMBER:    0645 2:19CR20769
DISTRICT:         Eastern District of Michigan

## STATEMENT OF REASONS

**VI.**  **COURT DETERMINATION FOR A VARIANCE** *(If applicable)*

    **A.**  **The sentence imposed is** *(Check only one)*:

        ☐ above the guideline range

        ☒ below the guideline range

    **B.**  **Motion for a variance before the court pursuant to** *(Check all that apply and specify reason(s) in sections C and D)*:

        1.      **Plea Agreement**

            ☐ binding plea agreement for a variance accepted by the court

            ☒ plea agreement for a variance, which the court finds to be reasonable

            ☐ plea agreement that states that the government will not oppose a defense motion for a variance

        2.      **Motion Not Addressed in a Plea Agreement**

            ☐ government motion for a variance

            ☐ defense motion for a variance to which the government did not object

            ☐ defense motion for a variance to which the government objected

            ☐ joint motion by both parties

        3.      **Other**

            ☐ Other than a plea agreement or motion by the parties for a variance

    **C.**  **18 U.S.C. § 3553(a) and other reason(s) for a variance** *(Check all that apply)*

      ☒ The nature and circumstances of the offense pursuant to 18 U.S.C. § 3553(a)(1)

| | | | |
|---|---|---|---|
| ☐ Mens Rea | ☐ Extreme Conduct | ☐ Dismissed/Uncharged Conduct | |
| ☐ Role in the Offense | ☐ Victim Impact | | |
| ☐ General Aggravating or Mitigating Factors *(Specify)* _____ | | | |

      ☒ The history and characteristics of the defendant pursuant to 18 U.S.C. § 3553(a)(1)

| | |
|---|---|
| ☐ Aberrant Behavior | ☐ Lack of Youthful Guidance |
| ☐ Age | ☐ Mental and Emotional Condition |
| ☐ Charitable Service/Good Works | ☐ Military Service |
| ☐ Community Ties | ☐ Non-Violent Offender |
| ☐ Diminished Capacity | ☐ Physical Condition |
| ☐ Drug or Alcohol Dependence | ☐ Pre-sentence Rehabilitation |
| ☐ Employment Record | ☐ Remorse/Lack of Remorse |
| ☐ Family Ties and Responsibilities | ☐ Other *(Specify)*:_____ |
| ☐ Issues with Criminal History *(Specify)*:_____ | |

      ☒ To reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense (18 U.S.C. § 3553(a)(2)(A))

      ☒ To afford adequate deterrence to criminal conduct (18 U.S.C. § 3553(a)(2)(B))

      ☒ To protect the public from further crimes of the defendant (18 U.S.C. § 3553(a)(2)(C))

      ☒ To provide the defendant with needed educational or vocational training (18 U.S.C. § 3553(a)(2)(D))

      ☒ To provide the defendant with medical care (18 U.S.C. § 3553(a)(2)(D))

      ☒ To provide the defendant with other correctional treatment in the most effective manner (18 U.S.C. § 3553(a)(2)(D))

      ☒ To avoid unwarranted sentencing disparities among defendants (18 U.S.C. § 3553(a)(6)) *(Specify in section D)*

      ☒ To provide restitution to any victims of the offense (18 U.S.C. § 3553(a)(7))

| | | |
|---|---|---|
| ☐ Acceptance of Responsibility | ☐ Conduct Pre-trial/On Bond | ☐ Cooperation Without Government Motion for Departure |
| ☐ Early Plea Agreement | ☐ Global Plea Agreement | |
| ☐ Time Served *(not counted in sentence)* | ☐ Waiver of Indictment | ☐ Waiver of Appeal |

      ☐ Policy Disagreement with the Guidelines (*Kimbrough v. U.S.*, 552 U.S. 85 (2007). *(Specify)*:_____

03/20/2023

AO 245B (Rev. 07/16) Judgment in a Criminal Case
Attachment – Statement of Reasons

Not for Public Disclosure

DEFENDANT:     Khaleel Rahman Haamid
CASE NUMBER:    0645 2:19CR20769
DISTRICT:       Eastern District of Michigan

## STATEMENT OF REASONS

☐ Other (*Specify*):_____

D.  **State the basis for a variance.**  *(Use Section VIII if necessary)*

AO 245B (Rev. 07/16) Judgment in a Criminal Case            Not for Public Disclosure
Attachment – Statement of Reasons

DEFENDANT:         Khaleel Rahman Haamid
CASE NUMBER:     0645 2:19CR20769
DISTRICT:           Eastern District of Michigan

## STATEMENT OF REASONS

**VII.  COURT DETERMINATIONS OF RESTITUTION**

A.  ☒  **Restitution not applicable.**

B.  **Total amount of restitution: None.**

C.  **Restitution not ordered** *(Check only one):*

    1.  ☐  For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 U.S.C. § 3663A(c)(3)(A).

    2.  ☐  For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 U.S.C. § 3663A(c)(3)(B).

    3.  ☐  For other offenses for which restitution is authorized under 18 U.S.C. § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweigh the need to provide restitution to any victims under 18 U.S.C. § 3663(a)(1)(B)(ii).

    4.  ☐  For offenses for which restitution is otherwise mandatory under 18 U.S.C. §§ 1593, 2248, 2259, 2264, 2327 or 3663A, restitution is not ordered because the victim(s)'(s) losses were not ascertainable (18 U.S.C. § 3664(d)(5)).

    5.  ☐  For offenses for which restitution is otherwise mandatory under 18 U.S.C. §§ 1593, 2248, 2259, 2264, 2327 or 3663A, restitution is not ordered because the victim(s) elected to not participate in any phase of determining the restitution order (18 U.S.C. § 3664(g)(1)).

    6.  ☐  Restitution is not ordered for other reasons. (Explain)

D.  ☐  **Partial restitution is ordered for these reasons** *(18 U.S.C. § 3553(c)):*

**VIII.  ADDITIONAL BASIS FOR THE SENTENCE IN THIS CASE** *(If applicable)*

03/20/2023

AO 245B (Rev. 07/16) Judgment in a Criminal Case
Attachment – Statement of Reasons

Not for Public Disclosure

DEFENDANT:        Khaleel Rahman Haamid
CASE NUMBER:      0645 2:19CR20769
DISTRICT:         Eastern District of Michigan

## STATEMENT OF REASONS

Defendant's Soc. Sec. No.:        **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**
Defendant's Date of Birth:        **07/22/1975**
Defendant's Residence Address:    17338 Washburn Street  Detroit, MI 48221

Defendant's Mailing Address:      **Same as residence.**

<u>05/21/2021</u>
Date of Imposition of Judgment



s/Paul D. Borman

Signature of Judge

**The Honorable Paul D. Borman**

**United States District Judge**
Name and Title of Judge

<u>05/24/2021</u>
Date

03/20/2023

```
  MILB9  540*23 *             SENTENCE MONITORING          *      06-28-2025
  PAGE 001         *          COMPUTATION DATA             *      15:49:08
                              AS OF 06-28-2025
```

REGNO..: 57952-039 NAME: HAAMID, KHALEEL RAHMAN


```
FBI NO...........: 374116HC0        DATE OF BIRTH: 07-22-1975  AGE:   49
ARS1.............: MIL/A-DES
UNIT.............: 5 RDAP            QUARTERS.....: G04-111U
DETAINERS........: NO               NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 03-14-2027

THE INMATE IS PROJECTED FOR RELEASE: 09-14-2027 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER...................: 0645 2:19CR20769 (1)
JUDGE...........................: BORMAN
DATE SENTENCED/PROBATION IMPOSED: 05-21-2021
DATE COMMITTED..................: 09-30-2021
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00       $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

---------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  380    21:841 SCH I NARCOTIC

OFF/CHG: 21:841(A)(1) AND 841(B)(1)(B)(VI), POSSESSION WITH THE INTENT
         TO DISTRIBUTE A CONTROLLED SUBSTANCE (40 GRAMS OR MORE OF
         FENTANYL) CT1S

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     84 MONTHS
 TERM OF SUPERVISION............:      4 YEARS
 DATE OF OFFENSE................: 03-11-2019
```


G0002       MORE PAGES TO FOLLOW . . .

```
  MILB9  540*23 *          SENTENCE MONITORING          *     06-28-2025
  PAGE 002 OF 002 *         COMPUTATION DATA             *     15:49:08
                           AS OF 06-28-2025


  REGNO..: 57952-039 NAME: HAAMID, KHALEEL RAHMAN



  ------------------------CURRENT COMPUTATION NO: 010 ------------------------

  COMPUTATION 010 WAS LAST UPDATED ON 10-04-2021 AT DSC AUTOMATICALLY
  COMPUTATION CERTIFIED ON 11-22-2021 BY DESIG/SENTENCE COMPUTATION CTR

  THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
  CURRENT COMPUTATION 010: 010 010

  DATE COMPUTATION BEGAN..........: 09-30-2021
  TOTAL TERM IN EFFECT............:    84 MONTHS
  TOTAL TERM IN EFFECT CONVERTED..:     7 YEARS
  EARLIEST DATE OF OFFENSE........: 03-11-2019

  JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                     11-06-2019    11-08-2019

  TOTAL PRIOR CREDIT TIME.........: 3
  TOTAL INOPERATIVE TIME..........: 0
  TOTAL GCT EARNED AND PROJECTED..: 378
  TOTAL GCT EARNED................: 162
  STATUTORY RELEASE DATE PROJECTED: 09-14-2027
  ELDERLY OFFENDER TWO THIRDS DATE: 05-28-2026
  EXPIRATION FULL TERM DATE.......: 09-26-2028
  TIME SERVED.....................:    3 YEARS      9 MONTHS      2 DAYS
  PERCENTAGE OF FULL TERM SERVED..: 53.6
  PERCENT OF STATUTORY TERM SERVED: 62.9

  PROJECTED SATISFACTION DATE.....: 09-14-2027
  PROJECTED SATISFACTION METHOD...: GCT REL

  REMARKS.......: VS TO MRG ON 9-30-21





  G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

*3rd EXHIBIT*

## FSA Needs Reassessment

Register Number:57952-039, Last Name:HAAMID

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 57952-039 | Responsible Facility: MIL |
| Inmate Name | Assessment Date.....: 03/09/2025 |
|   Last.........: HAAMID | |
|   First........: KHALEEL | |
|   Middle....\..: RAHMAN | |
|   Suffix.......: | |
| Gender.........: MALE | |

**Needs Reassessment Worksheet Summary**

| Need Area | - Before/After - | Assignment - | Description |
|---|---|---|---|
| Anger/Hostility | Before | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| | After | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| Antisocial Peers | Before | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| | After | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| Cognitions | Before | N-COGNTV N | NEED - COGNITIONS NO |
| | After | N-COGNTV N | NEED - COGNITIONS NO |
| Education | Before | N-EDUC Y | NEED - EDUCATION YES |
| | After | N-EDUC Y | NEED - EDUCATION YES |
| Family/Parenting | Before | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| | After | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| Finance/Poverty | Before | N-FIN PV Y | NEED - FINANCE/POVERTY YES |
| | After | N-FIN PV Y | NEED - FINANCE/POVERTY YES |
| Medical | Before | N-MEDICL Y | NEED - MEDICAL YES |
| | After | N-MEDICL Y | NEED - MEDICAL YES |
| Mental Health | Before | N-M HLTH N | NEED - MENTAL HEALTH NO |
| | After | N-M HLTH N | NEED - MENTAL HEALTH NO |
| Recreation/Leisure/Fitness | Before | N-RLF N | NEED - REC/LEISURE/FITNESS NO |
| | After | N-RLF N | NEED - REC/LEISURE/FITNESS NO |
| Substance Abuse | Before | N-SUB AB Y | NEED - SUBSTANCE ABUSE YES |
| | After | N-SUB AB N | NEED - SUBSTANCE ABUSE NO |
| Trauma | Before | N-TRAUMA N | NEED - TRAUMA NO |
| | After | N-TRAUMA N | NEED - TRAUMA NO |
| Work | Before | N-WORK Y | NEED - WORK YES |
| | After | N-WORK Y | NEED - WORK YES |

## FSA Needs Reassessment
**Register Number:57952-039, Last Name:HAAMID**

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

| | |
|---|---|
| Register Number: 57952-039 | Responsible Facility: MRG |
| Inmate Name | Assessment Date.....: 04/29/2022 |
|   Last.........: HAAMID | |
|   First........: KHALEEL | |
|   Middle.......: RAHMAN | |
|   Suffix.......: | |
| Gender.........: MALE | |

### Needs Reassessment Worksheet Summary

| Need Area | - Before/After - | Assignment - | Description |
|---|---|---|---|
| Anger/Hostility | Before | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| | After | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| Antisocial Peers | Before | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| | After | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| Cognitions | Before | N-COGNTV N | NEED - COGNITIONS NO |
| | After | N-COGNTV N | NEED - COGNITIONS NO |
| Education | Before | N-EDUC Y | NEED - EDUCATION YES |
| | After | N-EDUC Y | NEED - EDUCATION YES |
| Family/Parenting | Before | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| | After | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| Finance/Poverty | Before | N-FIN PV Y | NEED - FINANCE/POVERTY YES |
| | After | N-FIN PV Y | NEED - FINANCE/POVERTY YES |
| Medical | Before | N-MEDICL N | NEED - MEDICAL NO |
| | After | N-MEDICL N | NEED - MEDICAL NO |
| Mental Health | Before | N-M HLTH N | NEED - MENTAL HEALTH NO |
| | After | N-M HLTH N | NEED - MENTAL HEALTH NO |
| Recreation/Leisure/Fitness | Before | N-RLF N | NEED - REC/LEISURE/FITNESS NO |
| | After | N-RLF N | NEED - REC/LEISURE/FITNESS NO |
| Substance Abuse | Before | N-SUB AB Y | NEED - SUBSTANCE ABUSE YES |
| | After | N-SUB AB Y | NEED - SUBSTANCE ABUSE YES |
| Trauma | Before | N-TRAUMA N | NEED - TRAUMA NO |
| | After | N-TRAUMA N | NEED - TRAUMA NO |
| Work | Before | N-WORK Y | NEED - WORK YES |
| | After | N-WORK Y | NEED - WORK YES |

### Needs Reassessment Worksheet Details

Need Area: Anger/Hostility, Assignment: N-ANGER N
  No Data

-------------------------------------------------------------------------------

Need Area: Antisocial Peers, Assignment: N-ANTISO N
  No Data

-------------------------------------------------------------------------------

Need Area: Cognitions, Assignment: N-COGNTV N
  No Data

-------------------------------------------------------------------------------

## FSA Needs Reassessment
**Register Number:57952-039, Last Name:HAAMID**

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

---

Need Area: Education, Assignment: N-EDUC Y
  No Data
--------------------------------------------------------------------------------
Need Area: Family/Parenting, Assignment: N-FM/PAR N
  Source: PPG6, Tag: familyCommunityTies, Value: 4
--------------------------------------------------------------------------------
Need Area: Finance/Poverty, Assignment: N-FIN PV Y
  No Data
--------------------------------------------------------------------------------
Need Area: Medical, Assignment: N-MEDICL N
  Category - Assignment - Start          - Stop
  CAR       CARE1       10/06/2021 14:31
--------------------------------------------------------------------------------
Need Area: Mental Health, Assignment: N-M HLTH N
  No Data
--------------------------------------------------------------------------------
Need Area: Recreation/Leisure/Fitness, Assignment: N-RLF N
  No Data
--------------------------------------------------------------------------------
Need Area: Substance Abuse, Assignment: N-SUB AB Y
  Category - Assignment - Start          - Stop
  DRG       DAP PART    12/20/2021 07:35
--------------------------------------------------------------------------------
Need Area: Trauma, Assignment: N-TRAUMA N
  No Data
--------------------------------------------------------------------------------
Need Area: Work, Assignment: N-WORK Y
  No Data

---

```
  MILB9          *        PUBLIC INFORMATION         *      04-02-2025
  PAGE 002       *           INMATE DATA             *      13:28:10
                          AS OF 04-02-2025
```

REGNO..: 57952-039 NAME: HAAMID, KHALEEL RAHMAN

```
                    RESP OF: MIL
                    PHONE..: 734-439-1511    FAX: 734-439-5534
FSA ELIGIBILITY STATUS IS: ELIGIBLE
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 03-14-2026

FINAL STATUTORY RELEASE FOR INMATE.: 09-14-2027 VIA GCT REL
        WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 09-14-2026 VIA FSA REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

```
COURT OF JURISDICTION..........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER..................: 0645 2:19CR20769 (1)
JUDGE..........................: BORMAN
DATE SENTENCED/PROBATION IMPOSED: 05-21-2021
DATE COMMITTED.................: 09-30-2021
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO
```

```
                 FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.:  $100.00        $00.00          $00.00      $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO     AMOUNT:  $00.00
```

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  380    21:841 SCH I NARCOTIC
OFF/CHG: 21:841(A)(1) AND 841(B)(1)(B)(VI), POSSESSION WITH THE INTENT
         TO DISTRIBUTE A CONTROLLED SUBSTANCE (40 GRAMS OR MORE OF
         FENTANYL) CT1S

```
SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    84 MONTHS
TERM OF SUPERVISION............:     4 YEARS
DATE OF OFFENSE................: 03-11-2019
```

G0002      MORE PAGES TO FOLLOW . . .

```
  MILB9          *      PUBLIC INFORMATION      *      04-02-2025
PAGE 003 OF 003  *         INMATE DATA          *      13:28:10
                         AS OF 04-02-2025
```

REGNO..: 57952-039 NAME: HAAMID, KHALEEL RAHMAN

```
                RESP OF: MIL
                PHONE..: 734-439-1511   FAX: 734-439-5534
------------------------CURRENT COMPUTATION NO: 010 -------------------------
```

COMPUTATION 010 WAS LAST UPDATED ON 10-04-2021 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 11-22-2021 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 09-30-2021
TOTAL TERM IN EFFECT............:    84 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     7 YEARS
EARLIEST DATE OF OFFENSE........: 03-11-2019

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                    11-06-2019     11-08-2019

TOTAL PRIOR CREDIT TIME.........: 3
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 378
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 09-14-2027
ELDERLY OFFENDER TWO THIRDS DATE: 05-28-2026
EXPIRATION FULL TERM DATE.......: 09-26-2028
TIME SERVED.....................:     3 YEARS      6 MONTHS     7 DAYS
PERCENTAGE OF FULL TERM SERVED..: 50.2
PERCENT OF STATUTORY TERM SERVED: 58.9

PROJECTED SATISFACTION DATE.....: 09-14-2026
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...: 365
```

S0055     NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

G4H EXHIBIT



| | Summary Reentry Plan - Progress Report | SEQUENCE: 00334486 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Report Date: 10-20-2022 |
| | Plan is for inmate: HAAMID, KHALEEL RAHMAN 57952-039 | |



| | |
|---|---|
| Facility: ALF ALLENWOOD LOW FCI | Custody Level: IN |
| Name: HAAMID, KHALEEL RAHMAN | Security Level: LOW |
| Register No.: 57952-039 | Proj. Rel Date: 09-14-2027 |
| Quarters: U04-551L | Release Method: GOOD |
| Age: 47 | DNA Status: MRG06004 / 10-08-2021 |
| Date of Birth: 07-22-1975 | |

## Contact Information

**Release contact & address**

Precious Dixon, SIGNIFICANT OTHER

17338 Washburn Street, Detroit, MI 48221 US

Phone (Home) : 313-926-3758

## Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 21:841(A)(1) AND 841(B)(1)(B)(VI), POSSESSION WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (40 GRAMS OR MORE OF FENTANYL) CT1S | 84 MONTHS |

Date Sentence Computation Began: 09-30-2021

Sentencing District: MICHIGAN, EASTERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit - InOp Time |
|---|---|---|---|
| 0 / 0 / 0 | 54 | Years: 1 Months: 0 Days: 29 | + 3 JC - 0 InOp |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

## Program Plans

During inmate Haamid Initial Review at this institution he was encouraged by his Unit Team to participate in numerous educational programs of interest to him. He was advised to participate in the Financial Responsibility Program and any vocational training programs of interest to him. He was informed to save $100.00 per year for release purposes, obtain I.D. and/or Social Security card prior to release. He must complete the RPP program within 30 months of release and will be reviewed for RRC placement 17-19 months from release. He was also encouraged to maintain clear conduct.

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 10-28-2021 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 04-29-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 04-29-2022 |
| N-COGNTV N | NEED - COGNITIONS NO | 04-29-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 11-09-2021 |
| N-EDUC Y | NEED - EDUCATION YES | 04-29-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 04-29-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 04-29-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 04-29-2022 |
| N-MEDICL Y | NEED - MEDICAL YES | 05-26-2022 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 05-26-2022 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 04-29-2022 |
| N-TRAUMA N | NEED - TRAUMA NO | 04-29-2022 |
| N-WORK Y | NEED - WORK YES | 04-29-2022 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 06-09-2022 |

## FSA Comments

Inmate Haamid is eligible to earn First Step Credit, but is currently ineligible to have them applied due to having some Unresolved Pending Charges.



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: HAAMID, KHALEEL RAHMAN  57952-039

SEQUENCE: 00334486
Report Date: 10-20-2022

### Current Work Assignments

| Facl | Assignment | Description | Start |
|------|-----------|-------------|-------|
| ALF | ORD U A EV | U A EVENING ORDERLY 6PM-9PM | 07-06-2022 |

### Work Assignment Summary

Inmate Haamid was assigned to work as a Housing Unit orderly in July 2022.  He currently receives Good work Evaluations.

### Current Education Information

| Facl | Assignment | Description | Start |
|------|-----------|-------------|-------|
| ALF | ESL HAS | ENGLISH PROFICIENT | 12-14-2021 |
| ALF | GED EN | ENROLL GED NON-PROMOTABLE | 12-14-2021 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| MRG | C | BASIC REAL ESTATE ACE CLASS | 01-28-2022 | 01-31-2022 |
| MRG | C | INTERVIEW SKILL ACE CLASS | 01-14-2022 | 01-19-2022 |
| MRG | C | RPP1 - INFDS AID | 10-18-2021 | 10-18-2021 |

### Education Information Summary

Inmate Haamid continues to participate in the Residential Drug Abuse Program.  He has not participated in any educational programs that were recommended to him during Program Reviews since he arrived in May 2022.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|--------------|-----------------|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Discipline Summary

Inmate Haamid has incurred No incident reports to date.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|------|-----------|--------|-------|------|
| ALF RDAP | A-DES | TRANSFER RECEIVED | 05-26-2022 | CURRENT |
| MRG | A-DES | OTHER AUTH ABSENCE RETURN | 11-01-2021 | 05-05-2022 |
| MRG | A-DES | OTHER AUTH ABSENCE RETURN | 10-20-2021 | 11-01-2021 |
| MRG | A-DES | US DISTRICT COURT COMMITMENT | 09-30-2021 | 10-20-2021 |

### Current Care Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 06-07-2022 |
| CARE1-MH | CARE1-MENTAL HEALTH | 10-19-2021 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 07-01-2022 |
| LOWER BUNK | LOWER BUNK REQUIRED | 10-07-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 05-26-2022 |
| OTHER | OTHER MEDICAL RESTRICTION | 06-07-2022 |
| REG DUTY | NO MEDICAL RESTR–REGULAR DUTY | 06-07-2022 |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-07-2022 |

### Current PTP Assignments

| Assignment | Description | Start |
|------------|-------------|-------|

NO ASSIGNMENTS

### Current Drug Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| DAP PART | RESIDENT DRUG TRMT PARTICIPANT | 09-13-2022 |
| ED EXEM | DRUG EDUCATION EXEMPT | 06-23-2022 |



## Summary Reentry Plan - Progress Report

**SEQUENCE: 00334486**
**Report Date: 10-20-2022**

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: HAAMID, KHALEEL RAHMAN  57952-039

| Assignment | Description | Start |
|---|---|---|
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 12-09-2021 |

### Physical and Mental Health Summary

Inmate Haamid is a Care Level 1 inmate who is assigned regular duty status with no medical restrictions. There are no known physical or mental health concerns that would preclude him from being considered for full employment upon release.

### FRP Payment Plan

Most Recent Payment Plan

| **FRP Assignment:** | **COMPLT** | **FINANC RESP-COMPLETED** | **Start: 11-19-2021** |
|---|---|---|---|

Inmate Decision: **AGREED**   $100.00         Frequency: **SINGLE**
Payments past 6 months:     **$0.00**    Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Financial Responsibility Summary

At the time of sentencing, the U.S. District court imposed a $100.00 assessment. Inmate Haamid successfully completed his Financial Obligations as required by policy.

### Release Planning

Inmate Haamid plans to reside with his significant other in Detroit, Michigan upon his release. Additionally, he was encouraged by his Unit Team to create a Resume and visit the Job Kiosk in the education department to help secure employment once released.

### General Comments

Inmate Haamid is serving an 84-month sentence for Possession with Intent to Distribute Controlled Substance with a release date of September 14, 2027, via Good Conduct Time. He is currently enrolled and making good progress in the 500-hour Residential Drug Abuse Program (RDAP) and is scheduled to complete the program on July 4, 2023. His adjustment throughout his incarceration has been good and he carries a good rapport with staff and inmates alike.



| **Individualized Needs Plan - Program Review (Inmate Copy)** | **SEQUENCE: 02246328** |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | **Team Date: 01-11-2024** |

Plan is for inmate: HAAMID, KHALEEL RAHMAN 57952-039

| | | | |
|---|---|---|---|
| Facility: | MIL MILAN FCI | Proj. Rel. Date: | 09-19-2026 |
| Name: | HAAMID, KHALEEL RAHMAN | Proj. Rel. Mthd: | FIRST STEP ACT RELEASE |
| Register No.: | 57952-039 | DNA Status: | MRG06004 / 10-08-2021 |
| Age: | 48 | | |
| Date of Birth: | 07-22-1975 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIL | MAINT 4 | MAINTENANCE | 08-08-2023 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIL | ESL HAS | ENGLISH PROFICIENT | 12-14-2021 |
| MIL | GED HAS | COMPLETED GED OR HS DIPLOMA | 12-07-2022 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MIL CAD | C | RPP 4 INSTITUTION A&O | 07-26-2023 | 07-26-2023 |
| ALF RDAP | C | RPP 6: PERSONAL GROWTH/DEVELOP | 02-15-2023 | 02-15-2023 |
| ALF RDAP | C | RPP 5: REL REQUIRE/PROCEDURES | 02-15-2023 | 02-15-2023 |
| ALF RDAP | C | RPP 4: INFORMATION & COMMUNITY | 02-14-2023 | 02-14-2023 |
| ALF RDAP | C | RPP 3: PERSONAL FINANCE | 02-14-2023 | 02-14-2023 |
| ALF RDAP | C | RPP 2: EMPLOYMENT | 02-13-2023 | 02-13-2023 |
| ALF RDAP | C | RPP 1: HEALTH & NUTRITION | 02-13-2023 | 02-13-2023 |
| MRG | C | BASIC REAL ESTATE ACE CLASS | 01-28-2022 | 01-31-2022 |
| MRG | C | INTERVIEW SKILL ACE CLASS | 01-14-2022 | 01-19-2022 |
| MRG | C | RPP1 - INFDS AID | 10-18-2021 | 10-18-2021 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** *NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS* ** | |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 10-19-2021 |
| CARE2 | STABLE, CHRONIC CARE | 07-12-2023 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 07-01-2022 |
| LOWER BUNK | LOWER BUNK REQUIRED | 10-07-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 05-26-2022 |
| OTHER | OTHER MEDICAL RESTRICTION | 06-07-2022 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 12-20-2022 |
| YES F/S | CLEARED FOR FOOD SERVICE | 12-20-2022 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP COMP | RES DRUG TRMT COMP/TRANS REQD | 04-04-2023 |
| ED EXEM | DRUG EDUCATION EXEMPT | 06-23-2022 |
| FOL PART | FOLLOWUP SERVICES PARTICIPANT | 04-04-2023 |
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 12-09-2021 |

## FRP Payment Plan

| Most Recent Payment Plan |
|---|



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: HAAMID, KHALEEL RAHMAN  57952-039

SEQUENCE: 02246328
Team Date: 01-11-2024

| Most Recent Payment Plan |
|---|

**FRP Assignment:**   COMPLT   FINANC RESP-COMPLETED    **Start:** 11-19-2021

Inmate Decision:   **AGREED**    **$100.00**    Frequency: **SINGLE**
Payments past 6 months:    **$0.00**    Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

**FRP Deposits**

Trust Fund Deposits - Past 6 months:   $ N/A          Payments commensurate ?   N/A

New Payment Plan:   ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 07-28-2023 |
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 08-04-2023 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 12-03-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 12-03-2023 |
| N-COGNTV N | NEED - COGNITIONS NO | 12-03-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 11-09-2021 |
| N-EDUC Y | NEED - EDUCATION YES | 12-03-2023 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 12-03-2023 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 12-03-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 12-03-2023 |
| N-MEDICL Y | NEED - MEDICAL YES | 12-03-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 12-03-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 12-03-2023 |
| N-TRAUMA N | NEED - TRAUMA NO | 12-03-2023 |
| N-WORK Y | NEED - WORK YES | 12-03-2023 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 12-03-2023 |

**Progress since last review**

| He arrived at FCI Milan July 11, 2023. FTC Eligible, R-MIN |
|---|

**Next Program Review Goals**

| Enroll in course to address finance/poverty needs. |
|---|

**Long Term Goals**

| Complete 4 ace courses within the next 12 months. |
|---|

**RRC/HC Placement**

No.
Management decision - Will review 17-19 months prior to release date. .
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

He has been reviewed under the five factors of the 2nd Chance Act of 2007.

**Comments**

Take responsibility for your living environment and continue to practice sound sanitation. Remove all light covers. Your cell should be free from any clothes lines or makeshift shelves. You should strive to maintain high cell and unit sanitation standards. Stay clear from any incident reports involving sanitation. It is recommended that you have your birth certificate sent into your unit team prior to your release to be placed in your central file to be given to you upon your release for post release identification.

8th EXHIBIT



| Individualized Needs Plan - Program Review (File copy) | SEQUENCE: 02246328 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 04-02-2025 |
| Plan is for inmate: HAAMID, KHALEEL RAHMAN 57952-039 | |



Facility: MIL MILAN FCI
Name: HAAMID, KHALEEL RAHMAN
Register No.: **57952-039**
Age: 49
Date of Birth: 07-22-1975
Proj. Rel. Date: 09-14-2026
Proj. Rel. Method: FIRST STEP

DNA Status: MRG06004 / 10-08-2021
CIMS Status: NO
CIMS Reconciled: N/A

## Contact Information

**Release contact & address**
Dhameera Haamid, SISTER
17338 Washburn Street, Detroit, MI 48221 US
Phone (Home): 313-926-7485

**Emergency contact #1**
Haseena Haamid-Scott, SISTER
1790 Pine Forest Drive, Commerce Twp, MI 48390 US
Phone (Home): 313-378-3982

**Inmate is subject to 18 U.S.C. 4042(B) Notification:**      **Yes**

CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

**Inmate is subject to 18 U.S.C. 4042(C) Notification and Registration:**      **N/A**

## Offense Sentences

| Charge | Terms In Effect |
|---|---|
| 21:841(A)(1) AND 841(B)(1)(B)(VI), POSSESSION WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (40 GRAMS OR MORE OF FENTANYL) CT1S | 84 MONTHS |

## Detainers

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

## Current CMA Assignments

| Assignment | Description | Start |
|---|---|---|
| BIR CERT N | BIRTH CERTIFICATE - NO | 05-30-2024 |
| CV-HC DENY | COVID HOME CONFINEMENT DENIAL | 11-02-2021 |
| DIS P | DISABILITY PHYSICAL | 06-07-2022 |
| DRVE LIC N | DRIVERS LICENSE - NO | 07-28-2023 |
| PHOTO ID Y | PHOTO ID - YES | 10-12-2024 |
| RELID NEED | RELEASE ID NEEDED | 01-16-2024 |
| RPP COMPLT | RELEASE PREP PGM COMPLETE | 02-15-2023 |
| SSN CARD N | SOCIAL SECURITY CARD - NO | 05-30-2024 |
| VET P/S N | PARENT/SPOUSE VETERAN - NO | 10-28-2021 |
| VETERAN N | VETERAN - NO | 10-28-2021 |
| V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 10-28-2021 |
| WA NO HIST | NO WALSH ACT OFFENSE HISTORY | 06-02-2021 |

## Inmate Photo ID Status

| Photo ID, Expired - Expiration: No available ID expiration date. |
|---|

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIL | MAINT 4 | MAINTENANCE | 09-12-2024 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIL | ESL HAS | ENGLISH PROFICIENT | 12-14-2021 |
| MIL | GED HAS | COMPLETED GED OR HS DIPLOMA | 12-07-2022 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MIL CAD | C | RPP 4 INSTITUTION A&O | 07-26-2023 | 07-26-2023 |
| ALF RDAP | C | RPP 6: PERSONAL GROWTH/DEVELOP | 02-15-2023 | 02-15-2023 |



**Individualized Needs Plan - Program Review    (File copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: HAAMID, KHALEEL RAHMAN 57952-039

SEQUENCE: 02246328
Team Date: 04-02-2025

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| ALF RDAP | C | RPP 5: REL REQUIRE/PROCEDURES | 02-15-2023 | 02-15-2023 |
| ALF RDAP | C | RPP 4: INFORMATION & COMMUNITY | 02-14-2023 | 02-14-2023 |
| ALF RDAP | C | RPP 3: PERSONAL FINANCE | 02-14-2023 | 02-14-2023 |
| ALF RDAP | C | RPP 2: EMPLOYMENT | 02-13-2023 | 02-13-2023 |
| ALF RDAP | C | RPP 1: HEALTH & NUTRITION | 02-13-2023 | 02-13-2023 |
| MRG | C | BASIC REAL ESTATE ACE CLASS | 01-28-2022 | 01-31-2022 |
| MRG | C | INTERVIEW SKILL ACE CLASS | 01-14-2022 | 01-19-2022 |
| MRG | C | RPP1 - INFDS AID | 10-18-2021 | 10-18-2021 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|--------------|-----------------|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

**ARS Assignments**

| Facl | Assignment | Reason | Start | Stop |
|------|------------|--------|-------|------|
| MIL CAD M | A-DES | TRANSFER RECEIVED | 07-11-2023 | CURRENT |
| ALF RDAP | A-DES | TRANSFER RECEIVED | 05-26-2022 | 07-03-2023 |
| MRG | A-DES | OTHER AUTH ABSENCE RETURN | 11-01-2021 | 05-05-2022 |
| MRG | A-DES | OTHER AUTH ABSENCE RETURN | 10-20-2021 | 11-01-2021 |
| MRG | A-DES | US DISTRICT COURT COMMITMENT | 09-30-2021 | 10-20-2021 |

**Current Care Assignments**

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1-MH | CARE1-MENTAL HEALTH | 10-19-2021 |
| CARE2 | STABLE, CHRONIC CARE | 07-12-2023 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|------------|-------------|-------|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 07-01-2022 |
| NO PAPER | NO PAPER MEDICAL RECORD | 05-26-2022 |
| OTHER | OTHER MEDICAL RESTRICTION | 06-07-2022 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 12-20-2022 |
| YES F/S | CLEARED FOR FOOD SERVICE | 12-20-2022 |

**Current PTP Assignments**

| Assignment | Description | Start |
|------------|-------------|-------|

*NO ASSIGNMENTS*

**Current Drug Assignments**

| Assignment | Description | Start |
|------------|-------------|-------|
| DAP COMP | RES DRUG TRMT COMP/TRANS REQD | 04-04-2023 |
| ED EXEM | DRUG EDUCATION EXEMPT | 06-23-2022 |
| FOL COMP | FOLLOWUP SERVICES COMPLETE | 05-03-2024 |
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 12-09-2021 |

**FRP Payment Plan**

| Most Recent Payment Plan |
|--------------------------|

**FRP Assignment:    COMPLT    FINANC RESP-COMPLETED      Start: 11-19-2021**

Inmate Decision:   **AGREED**    **$100.00**      Frequency: **SINGLE**
Payments past 6 months:    **$0.00**      Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

**FRP Deposits**



**Individualized Needs Plan - Program Review    (File copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: HAAMID, KHALEEL RAHMAN 57952-039

SEQUENCE: 02246328
Team Date: 04-02-2025

Trust Fund Deposits - Past 6 months:   $ N/A          Payments commensurate ?   N/A

New Payment Plan:   ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 07-28-2023 |
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 08-04-2023 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 03-09-2025 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 03-09-2025 |
| N-COGNTV N | NEED - COGNITIONS NO | 03-09-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 11-09-2021 |
| N-EDUC Y | NEED - EDUCATION YES | 03-09-2025 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 03-09-2025 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 03-09-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 03-09-2025 |
| N-MEDICL Y | NEED - MEDICAL YES | 03-09-2025 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 03-09-2025 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 03-09-2025 |
| N-TRAUMA N | NEED - TRAUMA NO | 03-09-2025 |
| N-WORK Y | NEED - WORK YES | 03-09-2025 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 03-09-2025 |

**Progress since last review**

He was designated to FCI Milan on 07-11-2023. He is currently employed in the maintenance department.

**Next Program Review Goals**

The Unit Team recommends the following: he enroll and participate in at least 2 programs that focus on needs addressed in your needs assessment, prior to 9-28-2025. It is recommended that he remain incident free through next program review.

**Long Term Goals**

The Unit Team recommends the following: he complete at least 2 programs that focus on needs addressed in your needs assessment, prior to 09-14-2026. It is recommended that he remain incident free through his incarceration and save money each month for release.

**RRC/HC Placement**

No.
null.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

He has been reviewed under the five factors of the 2nd Chance Act of 2007.

**Comments**

407/408 reviewed and current.
Judicial Recommendations: Yes, Placement into an institution with a comprehensive drug treatment program such as RDAP (if deemed eligible). If ineligible, participation in suitable drug treatment program..
PREA risk factors were reassessed. No changes in risk levels were noted.



**Individualized Needs Plan - Program Review**   **(File copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: HAAMID, KHALEEL RAHMAN  57952-039

SEQUENCE: 02246328
Team Date: 04-02-2025

Name:   HAAMID, KHALEEL RAHMAN        DNA Status:  MRG06004 / 10-08-2021
Register No.:   **57952-039**
Age:   49
Date of Birth:   07-22-1975

_____

Inmate   (HAAMID, KHALEEL RAHMAN. Register No.: 57952-039)

April 2 '25
_____
Date

_____
Unit Manager / Chairperson

4-2-25
_____
Date

N. Sanora /S
_____
Case Manager

4/2/25
_____
Date

```
  MILB9              *       INMATE EDUCATION DATA      *      06-28-2025
PAGE 001 OF 001 *                TRANSCRIPT            *      15:01:21

REGISTER NO: 57952-039      NAME..: HAAMID              FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: MIL-MILAN FCI

-------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION               START DATE/TIME STOP DATE/TIME
MIL  ESL HAS    ENGLISH PROFICIENT        12-14-2021 0001 CURRENT
MIL  GED HAS    COMPLETED GED OR HS DIPLOMA 12-07-2022 1715 CURRENT


---------------------------- EDUCATION COURSES ---------------------------
SUB-FACL    DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
MIL CAD M   RPP 4 INSTITUTION A&O    07-26-2023 07-26-2023  P   C  P    4
ALF RDAP    RPP 6: PERSONAL GROWTH/DEVELOP 02-15-2023 02-15-2023  P   C  P    2
ALF RDAP    RPP 5: REL REQUIRE/PROCEDURES  02-15-2023 02-15-2023  P   C  P    2
ALF RDAP    RPP 4: INFORMATION & COMMUNITY 02-14-2023 02-14-2023  P   C  P    2
ALF RDAP    RPP 3: PERSONAL FINANCE  02-14-2023 02-14-2023  P   C  P    2
ALF RDAP    RPP 2: EMPLOYMENT        02-13-2023 02-13-2023  P   C  P    2
ALF RDAP    RPP 1: HEALTH & NUTRITION 02-13-2023 02-13-2023  P   C  P    2
MRG         BASIC REAL ESTATE ACE CLASS 01-28-2022 01-31-2022  P   C  P   20
MRG         INTERVIEW SKILL ACE CLASS 01-14-2022 01-19-2022  P   C  P   20
MRG         RPP1 - INFDS AID         10-18-2021 10-18-2021  P   C  P    1




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
   ALFFE  531.01 *                INMATE HISTORY               *        03-09-2023
   PAGE 001 OF 001 *                 PT OTHER                  *        14:36:32

   REG NO..: 57952-039 NAME....: HAAMID, KHALEEL RAHMAN
   CATEGORY: PTO        FUNCTION: PRT        FORMAT:

FCL      ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
ALF  —AGE BDY W  HEALTHY AGING BODY WAIT—         11-19-2022 0730 CURRENT
ALF     HTH WELL W HEALTH & WELLNESS LIFESPN WAIT 11-19-2022 0730 CURRENT
ALF     BRN HLTH C BRAIN HEALTH AS YOU AGE COMP   03-02-2023 1430 03-03-2023 1952
ALF     BRN HLTH P BRAIN HEALTH AS YOU AGE PART   02-09-2023 1330 03-02-2023 1430
ALF     BRN HLTH W BRAIN HEALTH AS YOU AGE WAIT   11-19-2022 0730 02-09-2023 1330
ALF     TALK DOC C TALKING WITH YOUR DOCTOR COMP  12-26-2022 1330 01-11-2023 1908
ALF     TALK DOC P TALKING WITH YOUR DOCTOR PART  12-20-2022 1330 12-26-2022 1330
ALF     TALK DOC W TALKING WITH YOUR DOCTOR WAIT  11-19-2022 0730 12-20-2022 1330
ALF     ARTH FND C ARTHRITIS FOUNDATION WALK COMP 12-14-2022 1430 12-28-2022 1753
ALF     ARTH FND P ARTHRITIS FOUNDATION WALK PART 11-23-2022 1430 12-14-2022 1430
ALF     ARTH FND W ARTHRITIS FOUNDATION WALK WAIT 11-19-2022 0729 11-23-2022 1430
ALF    BRN HLTH C BRAIN HEALTH AS YOU AGE COMP    10-22-2022 1410 10-22-2022 1410
ALF    BRN HLTH P BRAIN HEALTH AS YOU AGE PART    09-05-2022 1200 10-22-2022 1410
ALF    BRN HLTH W BRAIN HEALTH AS YOU AGE WAIT    07-15-2022 0001 09-05-2022 1200
ALF     HTH WELL C HEALTH & WELLNESS LIFESPN COMP 09-04-2022 1050 09-04-2022 1054
ALF     HTH WELL P HEALTH & WELLNESS LIFESPN PART 07-21-2022 1330 09-04-2022 1050
ALF     HTH WELL W HEALTH & WELLNESS LIFESPN WAIT 07-15-2022 0001 07-21-2022 1330
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
   ALFG0           *        INMATE EDUCATION DATA        *        01-13-2023
PAGE 001 OF 001 *                TRANSCRIPT              *        13:40:45

REGISTER NO: 57952-039      NAME..: HAAMID                    FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: ALF-ALLENWOOD LOW FCI

-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION               START DATE/TIME STOP DATE/TIME
ALF  ESL HAS    ENGLISH PROFICIENT        12-14-2021 0001 CURRENT
ALF  GED HAS    COMPLETED GED OR HS DIPLOMA 12-07-2022 1715 CURRENT

-------------------------- EDUCATION COURSES ----------------------------
SUB-FACL   DESCRIPTION               START DATE  STOP DATE EVNT AC LV  HRS
MRG        BASIC REAL ESTATE ACE CLASS  01-28-2022 01-31-2022  P  C  P   20
MRG        INTERVIEW SKILL ACE CLASS    01-14-2022 01-19-2022  P  C  P   20
MRG        RPP1 - INFDS AID             10-18-2021 10-18-2021  P  C  P    1


G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# DETROIT PUBLIC SCHOOLS OFFICIAL STUDENT TRANSCRIPT

57952-039

Date printed: 12/7/2022 8:34:36 AM

| | |
|---|---|
| STUDENT: HAAMID, KHALEEL | STUDENT NUMBER: 4446585 |
| ADDRESS: 18060 MOENART ST | BIRTH DATE: 07/22/1975 |
| DETROIT, MI 48234 | GRADUATION DATE: 07/01/1993 |
| SEX:    MALE | PHONE:    (313) 366-5165 |
| PARENT/GUARDIAN: HAAMID, AMEEN | |

Osborn High School (w/ CAT
11600 E. 7 Mile Rd.
DETROIT, MI 48205
(313) 866-0343

**TOTAL CREDITS: 115.000**                                    **GPA: 2.47826**

| Grade | School | Year | Term | Course | Mark | Credits Earned | Credits Attempted |
|-------|--------|------|------|--------|------|----------------|-------------------|
| 09 | OSBORN | 1992 | S1 | AM HIS 1 | C | 5.000 | 5.000 |
| | | | | ENGLISH 5RC | C | 5.000 | 5.000 |
| | | | | BUS PRINS 1 | C | 5.000 | 5.000 |
| | | | | A BAND | B | 5.000 | 5.000 |
| | | | | B BAND | B | 5.000 | 5.000 |
| | | | | GEOMETRY 1 | F | 0.000 | 5.000 |
| | OSBORN | 1992 | S2 | ENGLISH 6RC | C | 5.000 | 5.000 |
| | | | | AM HIS 2 | C | 5.000 | 5.000 |
| | | | | BUS PRINS 2 | B | 5.000 | 5.000 |
| | | | | A BAND | A | 5.000 | 5.000 |
| | | | | B BAND | A | 5.000 | 5.000 |
| | | | | GEOMETRY 1BA | B | 5.000 | 5.000 |
| | | | | **TOTAL** | | **55.000** | **60.000** |
| 10 | OSBORN | 1993 | S1 | ECONOMICS | F | 0.000 | 5.000 |
| | | | | PHYS EDUC 1 | A | 5.000 | 5.000 |
| | | | | PER HLTMGT 1 | B | 5.000 | 5.000 |
| | | | | COMPUTER APP | D | 5.000 | 5.000 |
| | | | | A BAND | A | 5.000 | 5.000 |
| | | | | ENGLISH 7 | C | 5.000 | 5.000 |
| | | | | **TOTAL** | | **25.000** | **30.000** |
| 12 | OSBORN | 1993 | S2 | A BAND | B | 5.000 | 5.000 |
| | | | | ENGLISH 8 | C | 5.000 | 5.000 |
| | | | | PHYS EDUC 2 | A | 5.000 | 5.000 |
| | | | | ECONOMICS | C- | 5.000 | 5.000 |
| | | | | GOVERNMENT | C | 5.000 | 5.000 |
| | | | | OOC LRNG EXP | P | 10.000 | 10.000 |
| | | | | **TOTAL** | | **35.000** | **35.000** |

AUTHORIZED BY:

SIGNED:_____  POSITION:_____  DATE:_____

**FSA Time Credit Assessment**

Register Number:57952-039, Last Name:HAAMID

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 57952-039 | Responsible Facility: MIL |
| Inmate Name | Assessment Date.....: 03-13-2025 |
|   Last...........: HAAMID | Period Start/Stop...: 09-30-2021 to 03-13-2025 |
|   First..........: KHALEEL | Accrued Pgm Days....: 1235 |
|   Middle.........: RAHMAN | Disallowed Pgm Days.: 25 |
|   Suffix.........: | FTC Towards RRC/HC..: 220 |
| Gender.............: MALE | FTC Towards Release.: 365 |
| Start Incarceration: 09-30-2021 | Apply FTC to Release: Yes |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 09-30-2021 | 04-26-2022 | accrue | 208 |

  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60

--------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 04-26-2022 | 05-06-2022 | accrue | 10 |

  Accrued Pgm Days...: 10
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 15

--------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 05-06-2022 | 05-25-2022 | disallow | 19 |

  **Not in qualifying admit status.**

| Facility | Category | Assignment | Start | | Stop | |
|---|---|---|---|---|---|---|
| MRG | ARS | TRANS SEG | 05-05-2022 | 11:23 | 05-26-2022 | 00:01 |
| 3-V | ARS | A-ADMIT | 05-05-2022 | 11:23 | 05-05-2022 | 12:33 |
| 3-V | ARS | RELEASE | 05-05-2022 | 12:33 | 05-05-2022 | 12:33 |
| HAF | ARS | A-BOP HLD | 05-05-2022 | 12:33 | 05-25-2022 | 00:41 |

--------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 05-25-2022 | 07-04-2023 | accrue | 405 |

  Accrued Pgm Days...: 405
  Carry Over Pgm Days: 8
  Time Credit Factor.: 15
  Time Credits.......: 195

--------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 07-04-2023 | 07-10-2023 | disallow | 6 |

### FSA Time Credit Assessment

Register Number:57952-039, Last Name:HAAMID

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

Not in qualifying admit status.

| Facility | Category | Assignment | Start | Stop |
|----------|----------|------------|-------|------|
| ALF | ARS | TRANSFER | 07-03-2023 07:18 | 07-03-2023 07:18 |
| A01 | ARS | A-ADMIT | 07-03-2023 07:18 | 07-03-2023 15:30 |
| OKL | ARS | A-BOP HLD | 07-03-2023 14:30 | 07-11-2023 07:25 |
| A01 | ARS | RELEASE | 07-03-2023 15:30 | 07-03-2023 15:30 |

---

| Start | Stop | Pgm Status | Pgm Days |
|-------|------|------------|----------|
| 07-10-2023 | 03-13-2025 | accrue | 612 |

  Accrued Pgm Days...: 612
  Carry Over Pgm Days: 23
  Time Credit Factor.: 15
  Time Credits.......: 315

--- FSA Assessment(s) -----------------------------------------------------------

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|-------|------|------------|-----------|--------|
| 001 | 09-30-2021 | 10-28-2021 | R-LW | 10-27-2021 09:18 | 10 |
| 002 | 10-28-2021 | 04-26-2022 | R-LW | 10-27-2021 09:18 | 10 |
| 003 | 04-26-2022 | 10-23-2022 | R-LW | 10-27-2021 09:18 | 15 |
| 004 | 10-23-2022 | 04-21-2023 | R-LW | 06-09-2022 15:27 | 15 |
| 005 | 04-21-2023 | 10-18-2023 | R-LW | 12-02-2022 14:21 | 15 |
| 006 | 10-18-2023 | 04-15-2024 | R-MIN | 06-06-2023 08:41 | 15 |
| 007 | 04-15-2024 | 10-12-2024 | R-MIN | 12-03-2023 15:26 | 15 |
| 008 | 10-12-2024 | 04-10-2025 | R-MIN | 05-30-2024 15:35 | 15 |

## FSA Time Credit Assessment

Register Number:57952-039, Last Name:HAAMID

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
03-13-2025. These dates can change if there are changes to one or more of the following: the
individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.

Projected Release Date: 09-14-2027
Projected Release Method: GCT REL
FSA Projected Release Date: 09-14-2026
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 09-14-2026
SCA Conditional Placement Days: 365*
SCA Conditional Placement Date: 09-14-2025*
FSA Conditional Placement Days: 325
FSA Conditional Placement Date: 10-24-2025
Conditional Transition To Community Date: 10-24-2024*
*Default SCA conditional placement days. This requires a five-factor review!

**FSA Time Credit Assessment**

Register Number:57952-039, Last Name:HAAMID

**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 57952-039 | Responsible Facility: MIL |
| Inmate Name | Assessment Date.....: 06-16-2025 |
|   Last............: HAAMID | Period Start/Stop...: 09-30-2021 to 06-16-2025 |
|   First...........: KHALEEL | Accrued Pgm Days....: 0 |
|   Middle..........: RAHMAN | Disallowed Pgm Days.: 0 |
|   Suffix..........: | FTC Towards RRC/HC..: 0 |
| Gender..............: MALE | FTC Towards Release.: 0 |
| Start Incarceration: 09-30-2021 | Apply FTC to Release: No |

--- FTC Claim Status ---------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 09-30-2021 | 06-16-2025 | ineligible | 0 |

  **FSA Ineligible.**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| MIL | FSA | FTC INELIG | 05-09-2025 09:27 | CURRENT |

--- FSA Assessment(s) ---------------------------------------------------------------

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 09-30-2021 | 10-28-2021 | R-LW | 10-27-2021 09:18 | 10 |
| 002 | 10-28-2021 | 04-26-2022 | R-LW | 10-27-2021 09:18 | 10 |
| 003 | 04-26-2022 | 10-23-2022 | R-LW | 10-27-2021 09:18 | 15 |
| 004 | 10-23-2022 | 04-21-2023 | R-LW | 06-09-2022 15:27 | 15 |
| 005 | 04-21-2023 | 10-18-2023 | R-LW | 12-02-2022 14:21 | 15 |
| 006 | 10-18-2023 | 04-15-2024 | R-MIN | 06-06-2023 08:41 | 15 |
| 007 | 04-15-2024 | 10-12-2024 | R-MIN | 12-03-2023 15:26 | 15 |
| 008 | 10-12-2024 | 04-10-2025 | R-MIN | 05-30-2024 15:35 | 15 |
| 009 | 04-10-2025 | 10-07-2025 | R-MIN | 03-09-2025 14:57 | 15 |

## FSA Time Credit Assessment

Register Number:57952-039, Last Name:HAAMID

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
06-16-2025. These dates can change if there are changes to one or more of the following: the
individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---
Projected Release Date: 09-14-2027
Projected Release Method: GCT REL
FSA Projected Release Date: N/A
FSA Projected Release Method: N/A
FSA Conditional Release Date: N/A
SCA Conditional Placement Days: N/A
SCA Conditional Placement Date: N/A
FSA Conditional Placement Days: N/A
FSA Conditional Placement Date: N/A
Conditional Transition To Community Date: N/A

## FSA Recidivism Risk Assessment (PATTERN 01.02.01)
### Register Number:57952-039, Last Name:HAAMID

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 57952-039 | Risk Level Inmate....: R-MIN |
| Inmate Name |   General Level......: R-MIN (8) |
|   Last.........: HAAMID |   Violent Level......: R-MIN (5) |
|   First........: KHALEEL | Security Level Inmate: MINIMUM |
|   Middle.......: RAHMAN | Security Level Facl..: MINIMUM |
|   Suffix.......: | Responsible Facility.: MRG |
| Gender.........: MALE | Start Incarceration..: 09/30/2021 |

**PATTERN Worksheet Summary**

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 46 | 14 | 8 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | EnrolledInGED | -2 | -1 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 2 | -4 | -2 |
| Work Programs | 0 | 0 | 0 |
| | Total | 8 | 5 |

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:57952-039, Last Name:HAAMID

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

| | |
|---|---|
| Register Number: 57952-039 | Risk Level Inmate....: R-MIN |
| Inmate Name | General Level......: R-MIN (2) |
|   Last.........: HAAMID | Violent Level......: R-MIN (2) |
|   First........: KHALEEL | Security Level Inmate: MINIMUM |
|   Middle.......: RAHMAN | Security Level Facl..: MINIMUM |
|   Suffix.......: | Responsible Facility.: MIL |
| Gender.........: MALE | Start Incarceration..: 09/30/2021 |

### PATTERN Worksheet Summary

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 48 | 14 | 8 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | CompletedRDAP | -4 | -2 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 2 | -6 | -2 |
| Work Programs | 0 | 0 | 0 |
| | Total | 2 | 2 |

### PATTERN Worksheet Details

Item: Programs Completed, Value: 2
General Score: -6, Violent Score: -2
Risk Item Data

| Category | - Assignment | - Start | - Stop |
|---|---|---|---|
| EDC | INTERVIEW | 01/14/2022 00:01 | 01/14/2022 00:01 |
| EDC | REALESTATE | 01/28/2022 00:01 | 01/28/2022 00:01 |

---

Item: Work Programs, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
  No Data

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:57952-039, Last Name:HAAMID

**U.S. DEPARTMENT OF JUSTICE**         **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 57952-039 | Risk Level Inmate....: R-MIN |
| Inmate Name |   General Level......: R-MIN (2) |
|   Last.........: HAAMID |   Violent Level......: R-MIN (2) |
|   First........: KHALEEL | Security Level Inmate: MINIMUM |
|   Middle.......: RAHMAN | Security Level Facl..: MINIMUM |
|   Suffix.......: | Responsible Facility.: MIL |
| Gender.........: MALE | Start Incarceration..: 09/30/2021 |

### PATTERN Worksheet Summary

| Item | – Value | – General Score | – Violent Score |
|---|---|---|---|
| Current Age | 49 | 14 | 8 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | CompletedRDAP | -4 | -2 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 2 | -6 | -2 |
| Work Programs | 0 | 0 | 0 |
| | Total | 2 | 2 |

### PATTERN Worksheet Details

Item: Programs Completed, Value: 2
General Score: -6, Violent Score: -2
Risk Item Data

| Category – Assignment | – Start | – Stop |
|---|---|---|
| EDC    INTERVIEW | 01/14/2022 00:01 | 01/14/2022 00:01 |
| EDC    REALESTATE | 01/28/2022 00:01 | 01/28/2022 00:01 |

-------------------------------------------------------------

Item: Work Programs, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
  No Data

```
MILB9  531.01 *              INMATE HISTORY          *    06-28-2025
PAGE 001          *            WRK DETAIL            *    15:51:24


REG NO..: 57952-039 NAME....:  HAAMID, KHALEEL RAHMAN
CATEGORY: WRK        FUNCTION: DIS     FORMAT: [          ]


FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
MIL    FS RELIEF  FS RELIEF                  06-27-2025 1058 CURRENT
MIL    UNASSG     UNASSIGNED WORK DETAIL     06-15-2025 0930 06-27-2025 105{
MIL    SHU UNASSG SPECIAL HOUSING/UNASSIGNED 05-30-2025 0844 06-15-2025 093(
MIL    MAINT 4    MAINTENANCE                09-12-2024 0001 05-30-2025 084{
MIL    G ORD POOL UNIT ORDERLY POOL          08-29-2024 1440 09-12-2024 000:
MIL    SHU UNASSG SPECIAL HOUSING/UNASSIGNED 08-13-2024 1056 08-29-2024 144(
MIL    MAINT 4    MAINTENANCE                08-08-2023 1228 08-13-2024 105{
MIL    B2ORD POOL UNIT ORDERLY POOL          08-04-2023 0758 08-08-2023 122{
MIL    UNASSG     UNASSIGNED WORK DETAIL     07-26-2023 1027 08-04-2023 075{
MIL    A&O PEND   ADMISSION ORIENTATION      07-11-2023 1150 07-26-2023 102:
OKL    UNASSG     UNASSIGNED HOLDOVER        07-03-2023 1430 07-11-2023 072{
ALF    ORD U A EV U A EVENING ORDERLY 6PM-9PM 07-06-2022 0001 07-03-2023 071{
ALF    A&O COMP   A&O COMPLETED              07-05-2022 0805 07-06-2022 000:
ALF    A&O 1      A&O 1 ASSIGNMENT           07-05-2022 0619 07-05-2022 080{


G0002      MORE PAGES TO FOLLOW . . .
```

EXHIBIT

| U.S. Department of Justice Federal Bureau of Prisons | FCI MILAN |
|---|---|
| INMATE'S PHOTO | Institution |

**FCI MILAN**
Institution
**INMATE DRIVER'S PERMIT**
And Identification Card

Haamid, Khaleel _____ 57952-039
(Name)                          (Reg. Number)
Restrictions: glasses

This inmate is authorized to drive: Dump Truck, Car,
Truck, Bob Cat, Front End Loader, Stake Truck
Farm Tractor, Electric Vehicles, Tool Cat, Lawn Mower
Fork Lift, Skytrak, (see back for more)

GOOD ONLY ON THE RESERVATION
H. Rick/ *R. Rick*

Garage Foreman
Approved _____

If needed Continued on back       Associate Warden



Expiration date:
03/20/2027

**MAINT4**

Bucket Truck Boom/Lift
Telescoping Booms
Trailer Mounted Boom
Articulating Booms
Scissors Lift
Aerial Work Platform
LPG/Electric Forklift, Pallet Jack

*Hand*
*5795?oss*

ALX-1330.18
September 28, 2015
Page 5

Attachment 1

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## FCC ALLENWOOD INFORMAL RESOLUTION FORM

LSCI __✓__    FCI ____    USP ____

NOTE TO INMATE: You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 [BP-229(13)], you must ordinarily attempt to informally resolve your complaint through your Correctional Counselor. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted.

Issued By: _____ (Initials of Correctional Counselor)
Date Issued To The Inmate: _4/11/23_

INMATE'S COMMENTS:

1. Complaint: _I am requesting application of FSA ETC's._
   _I am being classified as (ineligible) in Error._

2. Efforts you have made to informally resolve: _Request to staff filed_

3. Names of staff you contacted: _Mr. Koser._

Date Returned to Correctional Counselor: _____

_KH_                    _57.952-039_    _4-13-23_
Inmate's Signature        Reg. Number      Date

CORRECTIONAL COUNSELOR'S COMMENTS:

1. Efforts made to informally resolve and staff contacted: _____
   _Based on your Instant Offense of Distribution of 40 gram or more_
   _of Fentanyl your Ineligible for FSA._

Date BP-9 Issued: _____

_____
Correctional Counselor

_____ 4/13/202_
Unit Manager (Date)

Distribution: If complaint is NOT informally resolved - Forward original attached to BP-9 Form to the Administrative Remedy Coordinator.

ALX-1330.18
September 28, 2015
Page 5

Attachment 1

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## FCC ALLENWOOD INFORMAL RESOLUTION FORM

LSCI __✓__   FCI _____   USP _____

**NOTE TO INMATE:** You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 [BP-229(13)], you must ordinarily attempt to informally resolve your complaint through your Correctional Counselor. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted.

Issued By: _____ (Initials of Correctional Counselor)
Date Issued To The Inmate: __5/30/23__

INMATE'S COMMENTS:

1. Complaint: _My ineligability for FSA credits is incorrect and i request it be corrected._

2. Efforts you have made to informally resolve: _I spoke with my unit manager in regards to this matter._
3. Names of staff you contacted: _____
   _____

Date Returned to Correctional Counselor: __5/30/23__

_____     __5-7-953-039__   __5/30/23__
Inmate's Signature            Reg. Number        Date

CORRECTIONAL COUNSELOR'S COMMENTS:

1. Efforts made to informally resolve and staff contacted: _____
   ___ _I confirmed with legal and based on your Distribution of 40 Grams or more of Fentanyl make you inelligible._

Date BP-9 Issued: _____

_____
Correctional Counselor

__M C  5/3./2023__
Unit Manager (Date)

**Distribution:** If complaint is NOT informally resolved - Forward original attached to BP-9 Form to the Administrative Remedy Coordinator.

*2 2nd Exhibit*

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 17, 2023


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ALLENWOOD LOW FCI

TO  : KHALEEL RAHMAN HAAMID, 57952-039
      ALLENWOOD LOW FCI     UNT: 4 RDAP     QTR: U01-142L
      P.O. BOX 1500
      WHITE DEER,  PA 17887


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1161897-F1     ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : MAY 17, 2023
SUBJECT 1      : CREDIT FOR RDAP - EARLY RELEASE ELIGIBILITY
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 2: ALL FOUR PAGES OF YOUR (BP-9) (BP-10) (BP-11) FORM MUST BE
                 LEGIBLE AND WORDED THE SAME. PHOTOCOPIES OF THE FORM WILL
                 NOT BE ACCEPTED.

23rd EXHIBIT

REJECTION NOTICE – ADMINISTRATIVE REMEDY

DATE: MAY 30, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ALLENWOOD LOW FCI

TO  : KHALEEL RAHMAN HAAMID, 57952-039
      ALLENWOOD LOW FCI    UNT: 4 RDAP    QTR: U01-142L
      P.O. BOX 1500
      WHITE DEER,  PA 17887


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1163200-F1     ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : MAY 30, 2023
SUBJECT 1      : CREDIT FOR RDAP - EARLY RELEASE ELIGIBILITY
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

24th EXHIBIT

RECEIPT - ADMINISTRATIVE REMEDY

DATE: JUNE 15, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ALLENWOOD LOW FCI

TO  : KHALEEL RAHMAN HAAMID, 57952-039
      ALLENWOOD LOW FCI    UNT: 4 RDAP    QTR: U01-142L

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 1165146-F1
DATE RECEIVED   : JUNE 15, 2023
RESPONSE DUE    : JULY 5, 2023
SUBJECT 1       : CREDIT FOR RDAP - EARLY RELEASE ELIGIBILITY
SUBJECT 2       :

25th EXHIBIT

```
KHALEEL RAHMAN HAAMID, 57952-039
ALLENWOOD LOW FCI   UNT: 4 RDAP     QTR: U01-142L
P.O. BOX 1500
WHITE DEER,  PA 17887
```

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Haamid, Khaleel     57952-039     Union A     LSCI Allenwood

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - INMATE REQUEST** MY ATTOURNEY ADVISED ME THAT I WAS ELIGIBLE TO EARN THE FIRST STEP ACT BENEFITS. IM NOW BEING TOLD IM INELIGIBLE DUE TO THE AMOUNT OF FENTANYL INVOLVED THE BILL STATES THE ONLY THINGS THAT MAKES YOU INELIGIBLE IS IF THERE IS A DEATH IN YOUR CASE OR A LEADER- SHIP ROLE AND NEITHER APPLY TO ME. I WOULD LIKE FOR MY FSA TO BE APPLIED TO MY SENTANCE.

June 7, 2023
DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

JUN 15 2023

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**     CASE NUMBER: 1165746-7-1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

DATE     RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR     PRINTED ON RECYCLED PAPER     BP-229(13)
APRIL 1982

26th EXHIBIT

HAAMID, Khaleel Rahman
Register No.: 57952-039
Appeal No. 1165146-F1
Page 1

---

## Part B - Response

This is in response to your Request for Administrative Remedy
received on June 15, 2023, in which you request to have your
First Step Act status changed from Ineligible to Eligible.

Upon review of your appeal, per Program Statement 5410.01, First
Step Act of 2018 – Time Credits: Procedures for Implementation
of 18 U.S.C. 3632(d)(4), you are ineligible to earn Federal Time
Credits due to your instant offense, 21:841(a)(1) and 841 (b)
(1)(B)(vi), Possession w/the Intent to Distribute a Controlled
Substance (40 Grams or More of Fentanyl). This has been
classified as a disqualifying offense for earned time credits
under the First Step Act.

Accordingly, your Request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to
the Regional Director, United States Federal Bureau of Prisons,
Northeast Regional Office, United States Customs House - Seventh
Floor, Second and Chestnut Streets, Philadelphia, PA 19106,
within twenty (20) calendar days from the date of this response.

_6/16/2023_
Date

R. Thompson
Warden



5795Z-039

Khaleel Ihamid
1000 PO Box
Milan, MI 48160
United States

CERTIFIED MAIL

9589 0710 5270 0756 3347 15

RDC 03

Retail

U.S POSTAGE PAID
MILAN, MI 48160
JUL 11 2025
$0.00

U.S. Eastern District Court
Clerk of Court
Theodore Levine Courthouse
231 W. Lafayette Blvd. Room 599
Detroit, MI 48226

LEGAL MAIL

U.S. MARSHALS