UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Khaleel Rahman Haamid, 57952-039,

        Petitioner,

v.

Eric Rardin,

        Respondent(s).
_____/

Case No. 25-12144

Judge Thomas L. Ludington

Magistrate Judge Anthony P. Patti

## ORDER GRANTING PETITION TO PROCEED IN FORMA PAUPERIS

The Court has reviewed the petition to proceed in forma pauperis, the affidavit in support, and the financial status communication;

**IT IS ORDERED** that the petition to proceed in forma pauperis is **GRANTED**.

Date: July 24, 2025

s/David R. Grand
David R. Grand
United States Magistrate Judge

---

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date: July 24, 2025

s/ JParker
Deputy Clerk