UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KHALEEL RAHMAN HAAMID,

    Petitioner,                                 Case No. 1:25-cv-12144

v.                                                Hon. Thomas L. Ludington
                                                   United States District Judge

ERIC RARDIN,

    Respondent.

_____/

**JUDGMENT**

In accordance with the Order issued today:

It is **ORDERED** that Petitioner's Writ of Habeas Corpus, ECF No. 1, is **DENIED WITH PREJUDICE**.

    **This is a final order and closes this case.**

Dated: October 17, 2025                          s/Thomas L. Ludington
                                                          THOMAS L. LUDINGTON
                                                          United States District Judge