UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Khaleel Rahman Haamid,

        Plaintiff(s),

v.                                                                  Case No. 1:25−cv−12144−TLL−APP
                                                                    Hon. Thomas L. Ludington

Eric Rardin,

        Defendant(s).

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

    United States Court of Appeals for the Sixth Circuit
    Potter Stewart U.S. Courthouse
    100 East Fifth Street, Fifth Floor
    Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on November 19, 2025.


        KINIKIA D. ESSIX, CLERK OF COURT


        By: s/ Nahin Ahmed
            Deputy Clerk


Dated:   November 19, 2025